

**RECEIVED**
JUL - 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 6, 2007

<u>By Facsimile: (212) 805-7924</u>

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States of America v. William Wright, et al.</u>,
        07 Civ. 4651 (SHS)

Dear Judge Stein:

    I am the Assistant United States Attorney assigned to represent the United States of America (the "Government") in the above-referenced civil action. Pursuant to a June 18, 2007 Order from the Court, the parties are to attend an initial conference on July 12, 2007, at 11:00 a.m. The Government respectfully requests an adjournment of the conference. This is the Government's first request for an extension of time for the initial conference in this case.

    The Government has not yet executed service of the summons and complaint on all defendants. Letters requesting waivers of service of the summonses have been sent to most defendants, and service is being attempted on the remaining defendants. In light of the above, the Government respectfully requests a 60-day adjournment of the July 12, 2007 conference, which will allow sufficient time for the Government to serve all defendants and for defendants to respond to the complaint. Thank you for your consideration of this request.

*The Conference is adjourned to Sept. 14, 2007, at 10:00 a.m.*

SO ORDERED 7/9/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: Daniel P. Filor
DANIEL P. FILOR
Assistant United States Attorney
Telephone: (212) 637-2726
Facsimile: (212) 637-2717

cc: William Wright
    310 West 56th Street, Apt 14A
    New York, NY 10019

    310 West 56th Street Corporation
    Care of Charles H. Greenthal Management
    4 Park Avenue, 3rd Floor
    New York, NY 10016

    Bayview Loan Servicing LLC
    4425 Ponce De Leon Blvd, 5th Floor
    Coral Gables, Florida 33146

    American Express Centurion Bank
    200 Vesey Street
    New York, NY 10285

    New York State Dept of Taxation and Finance
    1740 Broadway
    New York, NY 10019

    New York City Dept of Finance
    66 John Street
    New York, NY 10038