| | | |
|---|---|---|
| | **AFFIDAVIT OF SERVICE** | Index #: 07 CV 4651 |
| | | Date Purchased: June 1, 2007 |
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK** | | Date Filed: _____ |
| **COUNTY** | | Court Date: _____ |

ATTORNEY(S): Daniel P. Filor  AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2726
ADDRESS: 86 Chambers Street  New York N.Y.  10007   File No.:

**UNITED STATES OF AMERICA,**
vs.
**WILLIAM WRIGHT, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

____GERALD   MURRAY____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___July 11, 2007___ at ___8:23 PM___ at ___310 WEST 56TH STREET APT 14A  NEW YORK, NY 10019___, deponent served the within **Summons In A Civil Case, Complaint, Civil Cover Sheet, Judges Rules, Consent to Proceed Before United States** with Index Number ___07 CV 4651___, and Date Purchased ___June 1, 2007___ endorsed thereon,

on: **WILLIAM WRIGHT** , **Defendant** therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]   By delivering a true copy of each to ___MANNY - DOORMAN___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]   On ___July 13, 2007___, deponent completed service under the last two sections by depositing a copy of the ___ABOVE DOCUMENTS___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X] *(use with #1, 2 or 3)*   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___Male___  Color of skin ___Brown___  Color of hair ___Black___  Age ___21 - 35 Yrs.___  Height ___Over 6'___  Weight ___Over 200 Lbs.___  Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]   THE DOORMAN SPOKE TO MR. WRIGHT OVER THE PHONE AND SAID TO LEAVE THE PAPERS DOWNSTAIRS.

Sworn to before me on this ___13___ day of ___July, 2007___

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

GERALD  MURRAY
Server's Lic # 0872285
Invoice•Work Order # 0732813

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382