## WAIVER OF SERVICE OF SUMMONS

TO:   DANIEL P. FILOR
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel. No. (212) 637-2726
        Fax No. (212) 637-2717

       I acknowledge receipt of your request that I waive service of a summons in the action of <u>United States of America v. William Wright, et al.</u>, which is case number 07 Civ. 4651 (SHS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

       I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after July 5, 2007.

_July 17, 2007_     _Andrew M. Cuomo by Alan Gitter, Attorney General of the State of New York_
Date                  Attorney for New York State Department of Taxation and Finance

_300 Motor Parkway_
_Ste 125_
_Hauppauge, NY 11788_