## WAIVER OF SERVICE OF SUMMONS

TO: DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No. (212) 637-2726
Fax No. (212) 637-2717

     I acknowledge receipt of your request that I waive service of a summons in the action of <u>United States of America v. William Wright, et al.</u>, which is case number 07 Civ. 4651 (SHS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

     I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after July 5, 2007.

7/25/07
Date

_[signature]_
Attorney for Bayview Loan Servicing LLC
Rajan Patel, Esq.