UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,

      v.

WILLIAM WRIGHT, 310 WEST 56TH
STREET CORPORATION, BAYVIEW
LOAN SERVICING LLC, NEW YORK
STATE DEPARTMENT OF TAXATION
AND FINANCE, AMERICAN EXPRESS
CENTURION BANK, NEW YORK CITY
DEPARTMENT OF FINANCE, and JOHN
DOES 1-10,

                      Defendants.
-------------------------------------------------------x

ANSWER

07 Civ 4651(SHS)

Defendant William Wright, answers the complaint of the plaintiff as follows:

1. Admitted.

2. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9.

10. Admitted.

11. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11.

12. Defendant Wright repeats and realleges each and every response to paragraphs 1 through 12 as though set forth at length herein.

13. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13.

14. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14.

15. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first and fourth sentences, and denies the balance of the allegations set forth in paragraph 15.

16. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16.

17. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17.

18. Defendant Wright is without knowledge or information sufficient to form a belief as to truth of the allegations set forth in paragraph 18.

19. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19.

20. Defendant Wright is without knowledge or information sufficient to form a belief as to the as to the truth of the allegations set forth in paragraph 20.

21. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21.

22. Defendant Wright admits he is liable for certain income taxes and interest but not for penalties, and not in the total amount $372,295.87. as alleged in paragraph 22.

23. Admitted.

24. Defendant Wright repeats and realleges each and every response to paragraphs 1 through 23 as though set forth at length herein.

25. Defendant Wright denies the allegations of the first sentence, admits the allegations of the second sentence of paragraph 25.

26. Admitted.

27. Admitted.

28. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27.

29. Defendant Wright is without knowledge or information sufficient to form a belief to the truth of the allegation concerning the filing of any federal tax liens.

30. Admitted.

31. Defendant Wright is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30.

32. Admitted.

33. Admitted.

WHEREFORE, Defendant William Wright demands judgment:

(a) dismissing the complaint;

(b) granting him his costs and disbursements, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 30, 2007

                                                                       _____
                                                                       WILLIAM WRIGHT   WW0750
                                                                       250 West 57th St., Suite 814
                                                                       New York, NY 10107
                                                                       (212) 307-9393

TO: MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for the United States of America
    By: Daniel P. Filor, AUSA
    86 Chambers Street 3rd Floor
    New York, NY 10007
    (212) 637-2726

CERTIFICATE OF SERVICE

I certify that on July 31, 2007 a copy of the foregoing Answer upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid.

Dated: August 1, 2007

William R Wright    WW0750