**RAJAN PATEL, ESQ.**
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, NY 10977
(845) 352-3434
Attorney for Defendant,
*Bayview Loan Servicing, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WRIGHT, 310 WEST 56TH STREET CORPORATION, BAYVIEW LOAN SERVICING LLC, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, AMERICAN EXPRESS CENTURION BANK, NEW YORK CITY DEPARTMENT OF FINANCE and JOHN DOES 1-10<br><br>Defendants. | ECF CASE<br><br>CIVIL ACTION NO. **07-4651 (SHS)**<br><br>**CORPORATE DISCLOSURE OF BAYVIEW LOAN SERVICING, LLC**<br><br>**(Document submitted for electronic filing)** |

Defendant, Bayview Loan Servicing, LLC ("Bayview"), certifies that it is a non-governmental corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Miami, Florida. Bayview submits the following statement of its corporate interests and affiliations pursuant Rule 7.1 of the Federal Rules of Civil Procedure [and Local Rule 7.1.1], for the use of the judges of this Court:

1. Bayview is not a publicly-held corporation or other publicly-held entity.

2. The parent company of Bayview is "Bayview Financial, L.P." a privately held company.

3. No publicly-held corporation owns 10 percent or more of Bayview or Bayview Financial, L.P.

                                          **RAJAN PATEL, ESQ.**
                                          Attorney for Defendant,
                                          *Bayview Loan Servicing, LLC*

                                          By: /s Rajan Patel

                                          RP-4021
                                          747 Chestnut Ridge Road
                                          Suite 200
                                          Chestnut Ridge, NY 10977
                                          (845) 352-3434

Dated:  September 12, 2007