Kaufman Friedman Plotnicki & Grun, LLP
300 East 42nd Street, 8th Floor
New York, New York 10017
Telephone: (212) 687-1700
ATTN: Maia M. Walter, Esq. (mw7921)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

WILLIAM WRIGHT, 310 WEST 56TH STREET CORPORATION, BAYVIEW LOAN SERVICING LLC, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, AMERICAN EXPRESS CENTURION BANK, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-10,

                Defendants.

ECF Case

**AFFIDAVIT OF SERVICE**

07 CV 4651 (SHS)

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF NEW YORK  )

MAIA M. WALTER, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the County of New York, State of New York.

On September 10, 2007, deponent served an Answer with Cross-Claims upon the following firms and/or persons set forth below by regular first class mail. Deponent deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

To:  Michael J. Garcia
      United States Attorney for the
        Southern District of New York
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      **ATTN: Daniel P. Filor, Esq.**

William Wright
Apartment 14A
310 West 56th Street
New York, New York 10019

                                                s/
                                       MAIA M. WALTER

Sworn to before me this
11th day of September 2007

_Lucie Duclet_
NOTARY PUBLIC

LUCIE DUCLET
Notary Public, State of New York
No. 01DU6077100
Qualified in Orange County
Commission Expires July 1, 20_10_