```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    07 Civ. 4651 (SHS)

               Plaintiff,               :

    -against-                              :    ORDER

WILLIAM WRIGHT, *ET AL.*,                :

               Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present and defendant William Wright appearing *pro se*,

    IT IS HEREBY ORDERED that:

    1.    Initial disclosures pursuant to Rule 26(a) shall be exchanged on or before September 28, 2007;

    2.    There will be a status conference on December 7, 2007, at 10:30 a.m.; and

    3.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       September 14, 2007

                                     SO ORDERED:

                                     Sidney H. Stein, U.S.D.J.