UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,

                **DEFENDANT WRIGHT'S**
                **INITIAL DISCLOSURE**

       v.

                07 Civ 4651(SHS)

WILLIAM WRIGHT, 310 WEST 56TH
STREET CORPORATION, BAYVIEW
LOAN SERVICING LLC, NEW YORK
STATE DEPARTMENT OF TAXATION
AND FINANCE, AMERICAN EXPRESS
CENTURION BANK, NEW YORK CITY
DEPARTMENT OF FINANCE, and JOHN
DOES 1-10,

                      Defendants.
---------------------------------------------------------x
To: MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for the United States of America
    By: Daniel P. Filor, AUSA
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    (212) 637-2726

    RAJAN PATEL
    Attorney for Defendant Bayview Loan Servicing, LLC
    747 Chestnut Ridge Road, Suite 200
    Chestnut Ridge, NY 10977
    (845) 352-3434

    Kauffman, Friedman, Plotnicki & Grun, LLP
    Attorneys for Defendant 310 West 56th Street Corporation
    300 East 42nd Street
    New York, NY 10017

  Defendant William Wright, *Pro Se*, files this Initial Disclosure to Plaintiff pursuant to
Rule 26 of the Federal Rules of Civil Procedure. This disclosure may not be complete. As

soon as any other information required to be disclosed is discovered, defendant Wright will forward it.

## (1) INITIAL DISCLOSURES

(a) The name and, if known, the address and telephone number of each individual likely to have information that bears significantly on any claim or defense, identifying the subjects of the information, and a brief, fair summary of the substance of the information known by the person:

> Anthony Spina
> TCP Reliable Manufacturing, Inc., 551 Raritan Center Parkway, Edison, NJ 08837, (732) 346-9200
> Anthony Spina will testify as to payment to the US Treasury of the sum of $3,500.00 owed by TCP to defendant Wright, such payment having been made pursuant to Notice of Levy dated 1/10/2007.
>
> Christel Hughes
> JPMorgan Chase Bank, NA, P.O. Box 260180, Baton Rouge, LA, 70826-0180, (225) 332-7857
> Christel Hughes will testify that as to of the garnishment by the IRS of some $2,635.00 from defendant Wright's account at Chase in or about January, 2006.
>
> William Wright
> 310 West 56th Street, #14A, New York, NY 10019
> (212) 757-5689
> William Wright, defendant in this case, will testify as to the sum due him from TCP and the ownership of the funds in the Chase account.

(b) Copies of all documents, data compilations, and tangible things in the possession, custody or control of the party likely to bear significantly on any claim or defense:
 Records have been ordered from TCP Reliable and JPMorgan Chase. Upon completion of these record requests, the records will be forwarded to plaintiff.

(c) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of the injuries suffered.
 Defendant Wright has no information regarding this category.

(d) For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all a judgment which may be entered in the action or to indemnify or reimburse for for payments to satisfy the judgment.
 Defendant Wright has no information regarding this category.

**(2) DISCLOSURE OF EXPERT TESTIMONY**

The identity of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:
None at this time.

**(3) PRETRIAL DISCLOSURES**

The name and, if not previously provided, the address and telephone number of each each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:
See parts (1)(A) and (2) above.

(b) The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.
None at this time.

(c) An appropriate identification of each document or other exhibits, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.
See part (1)(b) above.

Dated: September 28, 2007

                                                      Respectfully submitted,

                                                  _____
                                                  WILLAM WRIGHT WW0750
                                                  250 West 57th St., Suite 814
                                                  New York, N 10107
                                                  (212) 307-9393

**CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, such disclosure is complete and correct as of this time.
Dated: September 28, 2007

                                                  _____
                                                  WILLIAM WRIGHT WW0750

CERTIFICATE OF SERVICE

I certify that on September 28, 2007 I served a copy of the foregoing disclosure upon the plaintiff and defendants Bayview Loan Servicing, LLC and 310 West 56th Street Corporation mailing same to each attorney of record indicated above by first class mail, postage prepaid.

Dated: September 28, 2007

_____
William R Wright    WW0750