MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for United States of America
By: JOSEPH A. PANTOJA (JP-1845)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.:  212.637.2785

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,            :     ECF Case

                Plaintiff,            :

                                          07 Civ. 4651 (SHS)
      -against-                    :

WILLIAM WRIGHT, 310 WEST 56th STREET :
CORPORATION, BAYVIEW LOAN
SERVICING LLC, NEW YORK STATE        :     NOTICE OF SUBSTITUTION
DEPARTMENT OF TAXATION AND                 OF COUNSEL
FINANCE, AMERICAN EXPRESS CENTURION  :
BANK, NEW YORK CITY DEPARTMENT OF
FINANCE, and JOHN DOES 1-10,         :

                Defendants.          :
------------------------------------- x

        PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby appears as counsel for plaintiff United States America in the above-captioned action, in substitution for Assistant United States Attorney Daniel P. Filor.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       September 28, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                By:     /s/ Joseph A. Pantoja
                      JOSEPH A. PANTOJA (JP-1845)
                      Assistant United States Attorney
                      86 Chambers Street, 3rd Floor
                      New York, New York  10007
                      Telephone:  (212) 637-2785