```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,            :     07 Civ. 4651 (SHS)

              Plaintiff,     :

   -against-                            :     ORDER

WILLIAM WRIGHT, *ET AL.*,            :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present and defendant William Wright appearing *pro se*,

     IT IS HEREBY ORDERED that:

     1.    The next conference is scheduled for January 18, 2008, at 12:00 p.m.; and

     2.    The last day for completion of discovery is adjourned *sine die*.

Dated: New York, New York
       December 11, 2007

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.