```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :    07 Civ. 4651 (SHS)

                Plaintiff,          :

   -against-                                        :    ORDER

WILLIAM WRIGHT, *ET AL.*,          :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present, and defendant William Wright appearing *pro se*,

      IT IS HEREBY ORDERED that:

      1.    Document demands and interrogatories shall be returned on 21 days' notice;

      2.    The last day for completion of discovery is April 21, 2008;

      3.    There will be a pretrial conference on April 25, 2008, at 10:00 a.m.; and

      4..    Any discovery disputes shall be brought to the Court's attention far enough in advance in order for the dispute to be resolved and the discovery taken before April 21, 2008.

Dated: New York, New York
       March 7, 2008

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.