U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



80 Chambers Street, 3rd Floor
New York, New York 10007

April 17, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

BY HAND
Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re:   U.S.A. v. Wright, 07 Civ. 4651 (SHS)

Dear Judge Stein:

      I respectfully write to request an adjournment of the conference scheduled for April 25, 2008 to any date thereafter. I am out of town that week and it does not appear likely that I will be able to return to Manhattan for that conference. This is the first request by any party for an adjournment of that conference, and all of the defendants consent to the requested relief.

      Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel. No.: 212.637.2785
Fax. No.: 212.637.2750
E-mail: joseph.pantoja@usdoj.gov

cc:   William Wright, Esq., Plaintiff, *Pro Se* (by Federal Express)
     Rajan Patel, Esq. (by facsimile)
     Maia Walter, Esq. (by facsimile)

*The conference is adjourned to May 9, 2008, at 11:00am*

SO ORDERED 4/18/08

SIDNEY H. STEIN
U.S.D.J.