USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :        07 Civ. 4651 (SHS)

                              Plaintiff,   :

        -against-                          :        ORDER

WILLIAM WRIGHT, *ET AL.*,                  :

                              Defendants.  :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for plaintiff and

defendants 310 West 56th Street Corp. and Bayview Loan Servicing present, and defendant

William Wright not present,

        IT IS HEREBY ORDERED that:

        1.      Plaintiff's motion for summary judgment is due on or before May 30,

2008;

        2.      Defendants' opposition to the motion is due on or before June 13, 2008;

and

        3.      Plaintiff's reply to the motion is due on or before June 20, 2008.

Dated: New York, New York
        May 9, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.