MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.  (212) 637-2785
Fax. No. (212) 637-2750
E-mail:  joseph.pantoja@usdoj.gov


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
UNITED STATES OF AMERICA,                             :

                              Plaintiff,              :
                                                           07 Civ. 4651 (SHS)
                   -against-                          :

WILLIAM WRIGHT, 310 WEST 56th STREET    :
CORPORATION, BAYVIEW LOAN
SERVICING LLC, NEW YORK STATE             :
DEPARTMENT OF TAXATION AND
FINANCE, AMERICAN EXPRESS CENTURION  :
BANK, NEW YORK CITY DEPARTMENT OF
FINANCE, and JOHN DOES 1-10,                     :

                              Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x


**Notice to Pro Se Litigant Opposing Motion for Summary Judgment**

        The plaintiff in this case has moved for summary judgment pursuant to Rule 56 of the

Federal Rules of Civil Procedure. This means that the plaintiff has asked the court to decide this

case without a trial, based on written materials, including affidavits, submitted in support of the

motion. THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED

WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION by filing sworn

affidavits and other papers as required by Rule 56(e) of the Federal Rules of Civil Procedure and

by Local Civil Rule 56.1. An affidavit is a sworn statement of fact based on personal knowledge

that would be admissible in evidence at trial. The full text of Rule 56 of the Federal Rules of

Civil Procedure and Local Civil Rule 56.1 is attached.

In short, Rule 56 provides that you may NOT oppose summary judgment simply by

relying upon the allegations in your answer. Rather, you must submit evidence, such as witness

statements or documents, countering the facts asserted by the plaintiff and raising material issues

of fact for trial. Any witness statements must be in the form of affidavits. You may submit your

own affidavit and/or the affidavits of others. You may submit affidavits that were prepared

specifically in response to plaintiff's motion for summary judgment.

If you do not respond to the motion for summary judgment on time with affidavits or

documentary evidence contradicting the material facts asserted by the plaintiff, the court may

accept plaintiff's factual assertions as true. Judgment may then be entered in plaintiff's favor

without a trial.

If you have any questions, you may direct them to the Pro Se Office.

Dated: New York, New York
      May 30, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Plaintiff

           By:    /s/ Joseph A. Pantoja
                              JOSEPH A. PANTOJA
                              Assistant United States Attorney
                              86 Chambers Street
                              New York, New York 10007
                              Tel: (212) 637-2785
                              Fax: (212) 637-2750