CERTIFICATE OF SERVICE

I, Joseph A. Pantoja, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 30, 2008, I caused a copy of the *Notice of Motion, Notice to Pro Se Litigant Opposing Motion for Summary Judgment, Plaintiff's Local Rule 56.1 Statement, the Declaration of Carolyn Fields and the exhibits annexed thereto, the Declaration of Joseph A. Pantoja and the exhibits annexed thereto,* and *the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment,* to be served by Federal Express upon the following:

> William Wright, Pro Se
> 250 West 57th Street, Suite 814
> New York, NY 10107
>
> Maia M. Walter, Esq.
> Kaufman Friedman Plotnicki & Grun, LLP
> 300 East 42nd Street
> New York, NY 10017
>
> Rajan Patel, Esq.
> 747 Chestnut Ridge Road, Suite 200
> Chestnut Ridge, NY 10977
>
> Alan Gitter, Esq.
> State of New York
> Office of the Attorney General
> Real Property Bureau
> 300 Motor Parkway, Suite 125
> Hauppauge, NY 11788
>
> Alan S. Roth, Esq.
> 345 Adams Street, 3rd Floor
> Brooklyn, NY 11201

        Paul Heimberg, Esq.
        Kahan Sahir
        1800 Northwest Corporate Blvd., Suite 102
        Boca Raton, FL 33431

Dated:   May 30, 2008
        New York, New York

                      /s/ Joseph A. Pantoja
                      JOSEPH A. PANTOJA