# EXHIBIT  A



# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: foregoing transcript of the taxpayer named herein with respect to the taxes specified, is a true and complete transcript for the period(s) stated, of all assessments, penalties, interest, credits, abatements, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification for the account of William R Wright, Form 1040, U.S. Individual Income Tax Return, for the tax period(s) ending December 31, 1996 consisting of 3 page(s).

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000001

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 45,374.00 | | | |
| | TAXABLE INCOME 24,182.00 | | | |
| | SELF EMPLOYMENT TAX 6,898.00 | | | |
| 04-15-1997 | RETURN FILED & TAX ASSESSED 11221-117-32541-7  199721 | | 9,564.00 | 06-02-1997 |
| | ESTIMATED TAX PENALTY 19972108 | | 509.05 | 06-02-1997 |
| | FAILURE TO PAY TAX PENALTY 19972108 | | 95.64 | 06-02-1997 |
| | INTEREST ASSESSED 19972108 | | 113.85 | 06-02-1997 |
| 01-22-1999 | FEDERAL TAX LIEN | | | |
| 07-24-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-29-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-26-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-16-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1  .


US000002

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|----------|----------|----------|
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-05-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-02-1997 | Statutory Notice of Balance Due | | | |
| 07-07-1997 | Notice of Balance Due | | | |
| 08-11-1997 | Statutory Notice of Intent to Levy | | | |
| 05-29-2000 | Statutory Notice of Intent to Levy | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000003

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996
--------------------------------------------------------------------


BALANCE        10,282.54


--------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Cheryl Serino*

PRINT NAME: *Cheryl Serino*

TITLE: *SA*

DELEGATION ORDER: *CI-18*


LOCATION: INTERNAL REVENUE SERVICE


              ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE      3

US000004



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:      foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 1997 consisting of 3 page(s).

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

*Kennedy F. Lockhart*
Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000005

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

WILLIAM R WRIGHT                      EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME<br>46,820.00 | | | |
| | TAXABLE INCOME<br>24,280.00 | | | |
| | SELF EMPLOYMENT TAX<br>7,118.00 | | | |
| 04-15-1998 | RETURN FILED & TAX ASSESSED<br>13221-123-14430-8   199820 | 10,759.00 | | 06-01-1998 |
| | ESTIMATED TAX PENALTY<br>19982008 | 572.46 | | 06-01-1998 |
| | FAILURE TO PAY TAX PENALTY<br>19982008 | 107.59 | | 06-01-1998 |
| | INTEREST ASSESSED<br>19982008 | 111.39 | | 06-01-1998 |
| 01-22-1999 | FEDERAL TAX LIEN | | | |
| 07-24-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-29-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-26-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-16-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1 .

US000006

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-01-1998 | Statutory Notice of Balance Due | | | |
| 05-29-2000 | Statutory Notice of Intent to Levy | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                   PAGE    2

US000007

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1997
-----------------------------------------------------------------------

BALANCE          11,550.44

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_____

PRINT NAME: _Cheryl Serino_____

TITLE: _SIA_____

DELEGATION ORDER: _CI-18_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE      3

US000008

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date:    APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:              foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 1998 consisting of 4 page(s).

nder the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

*Kennedy F. Lockhart*
Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000009

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------

LLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 76,751.00 | | | |
| | TAXABLE INCOME 56,930.00 | | | |
| | SELF EMPLOYMENT TAX 10,680.00 | | | |
| 04-15-1999 | RETURN FILED & TAX ASSESSED 19221-122-27081-9  199920 | | 20,190.00 | 05-31-1999 |
| | ESTIMATED TAX PENALTY 19992008 | | 542.58 | 05-31-1999 |
| | FAILURE TO PAY TAX PENALTY 19992008 | | 197.90 | 05-31-1999 |
| | INTEREST ASSESSED 19992008 | | 204.57 | 05-31-1999 |
| | ADDITIONAL TAX ASSESSED 19254-561-77016-9  19992408 | | 1,616.00 | 06-28-1999 |
| 01-17-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-10-2000 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-24-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-13-2001 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

US000010

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 05-07-2001 | FEES AND COLLECTION COSTS | | 14.00 | |
| 09-29-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-26-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-16-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-31-1999 | Statutory Notice of Balance Due | | | |
| 07-05-1999 | Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)              PAGE     2

US000011

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08-09-1999 | Statutory Notice of Intent to Levy | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                    PAGE    3

US000012

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1998
------------------------------------------------------------------------


BALANCE      22,765.05
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_____

PRINT NAME: _Cheryl Serino_____

TITLE: _____SIA_____

DELEGATION ORDER: _CI-18_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE    4

US000013

 

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date     APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed           foregoing transcript of the taxpayer
named herein with respect to the taxes specified is a true and
complete transcript for the period(s) stated of all
assessments, penalties, interest, credits, abatements, refunds
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 1999 consisting of 3 page(s).

nder the custody of this officer.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written

By direction of the Secretary of the Treasury

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000813

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 124,466.00 | | | |
| | TAXABLE INCOME 105,463.00 | | | |
| | SELF EMPLOYMENT TAX 12,503.00 | | | |
| 04-15-2000 | RETURN FILED & TAX ASSESSED 19211-122-75521-0  200020 | 39,495.53 | | 05-29-2000 |
| | ESTIMATED TAX PENALTY 20002008 | 1,056.00 | | 05-29-2000 |
| | FAILURE TO PAY TAX PENALTY 20002008 | 363.68 | | 05-29-2000 |
| | INTEREST ASSESSED 20002008 | 429.60 | | 05-29-2000 |
| 09-04-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-13-2001 | FEDERAL TAX LIEN | | | |
| 09-29-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-26-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-16-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE     1

US000015

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2000 | Statutory Notice of Balance Due | | | |
| 06-19-2000 | Statutory Notice of Intent to Levy | | | |
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000016

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999
-------------------------------------------------------------------


BALANCE       41,344.81

-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_

PRINT NAME: _Cheryl Serino_

TITLE: _GSFA_

DELEGATION ORDER: _CF18_


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)                 PAGE    3


US000017

 **United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:  APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

certify that the annexed:                foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2000 consisting of 4 page(s).

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

*Kennedy F. Lockhart*
Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000018

alog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 105,362.00 | | | |
| | TAXABLE INCOME 87,157.00 | | | |
| | SELF EMPLOYMENT TAX 12,437.00 | | | |
| 04-15-2001 | RETURN FILED & TAX ASSESSED 19221-120-24213-1  200120 | 32,277.00 | | 05-28-2001 |
| | ESTIMATED TAX PENALTY 20012008 | 1,651.00 | | 05-28-2001 |
| | FAILURE TO PAY TAX PENALTY 20012008 | 306.93 | | 05-28-2001 |
| | INTEREST ASSESSED 20012008 | 305.60 | | 05-28-2001 |
| 08-27-2001 | IMMEDIATE TAX RELIEF CREDIT | | 500.00 | |
| | ADDITIONAL TAX ASSESSED 19254-999-05099-1  20013308 | 0.00 | | 08-27-2001 |
| | INTEREST ASSESSED 20013308 | 639.83 | | 08-27-2001 |
| | FAILURE TO PAY TAX PENALTY 20013308 | 806.92 | | 08-27-2001 |
| 08-31-2001 | FEDERAL TAX LIEN | | | |
| 10-01-2001 | FEES AND COLLECTION COSTS | 14.00 | | |

FORM 4340  (REV. 01-2002)               PAGE    1

US000019

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 09-29-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-26-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-02-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-28-2001 | Statutory Notice of Balance Due | | | |
| 06-18-2001 | Statutory Notice of Intent to Levy | | | |
| 08-27-2001 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000020

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-02-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

US000021

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
------------------------------------------------------------------------

BALANCE        35,501.28

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_

PRINT NAME: _Cheryl Serino_

TITLE: _SSFA_

DELEGATION ORDER: _CI18_


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)                PAGE    4

US000022

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date:

APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2001 consisting of 3 page(s).

nder the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000023

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 90,049.00 | | | |
| | TAXABLE INCOME 69,889.00 | | | |
| | SELF EMPLOYMENT TAX 12,549.00 | | | |
| 04-15-2002 | RETURN FILED & TAX ASSESSED 19221-201-05820-2  200232 | | 26,893.00 | 08-19-2002 |
| | ESTIMATED TAX PENALTY 20023208 | | 756.01 | 08-19-2002 |
| | FAILURE TO PAY TAX PENALTY 20023208 | | 618.40 | 08-19-2002 |
| | INTEREST ASSESSED 20023208 | | 562.78 | 08-19-2002 |
| 11-25-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-16-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-17-2006 | FEDERAL TAX LIEN | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

US000024

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WILLIAM R WRIGHT                         EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-19-2002 | Statutory Notice of Balance Due | | | |
| 09-09-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                      PAGE    2

US000025

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 2001
--------------------------------------------------------------------

BALANCE        28,830.19

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_

PRINT NAME: _Cheryl Serino_

TITLE: _RSTA_

DELEGATION ORDER: _CF18_


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE    3

US000026

 

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

certify that the annexed:

```
                        foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2002 consisting of 3 page(s).
```

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000027

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| | ADJUSTED GROSS INCOME 84,567.00 | | | |
| | TAXABLE INCOME 68,452.00 | | | |
| | SELF EMPLOYMENT TAX 12,857.00 | | | |
| 04-15-2003 | RETURN FILED & TAX ASSESSED 19221-119-19927-3  200321 | | 25,851.00 | 06-02-2003 |
| | ESTIMATED TAX PENALTY 20032108 | | 803.38 | 06-02-2003 |
| | FAILURE TO PAY TAX PENALTY 20032108 | | 240.41 | 06-02-2003 |
| | INTEREST ASSESSED 20032108 | | 170.53 | 06-02-2003 |
| 08-04-2003 | REFUNDABLE CREDIT | | | 400.00 |
| | ADDITIONAL TAX ASSESSED 19254-999-05099-3  20033008 | | 0.00 | 08-04-2003 |
| | INTEREST ASSESSED 20033008 | | 234.57 | 08-04-2003 |
| | FAILURE TO PAY TAX PENALTY 20033008 | | 387.76 | 08-04-2003 |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-17-2006 | FEDERAL TAX LIEN | | | |

FORM 4340 (REV. 01-2002)                    PAGE    1

US000028

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

LLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 06-02-2003 | Statutory Notice of Balance Due | | | |
| 06-23-2003 | Statutory Notice of Intent to Levy | | | |
| 08-04-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000029

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002
------------------------------------------------------------------------


BALANCE        27,287.65
------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_____

PRINT NAME: _Cheryl Serino_____

TITLE: _____$SFA_____

DELEGATION ORDER: _____CI-18_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE     3

US000030



# United States     of America

### Department of the Treasury
### Internal Revenue Service

Date:    APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:                    foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2003 consisting of 3 page(s).

nder the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000031

alog Number 19002E

Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 74,895.00 | | | |
| | TAXABLE INCOME 58,890.00 | | | |
| | SELF EMPLOYMENT TAX 11,387.00 | | | |
| 04-15-2004 | RETURN FILED & TAX ASSESSED 08221-122-80579-4  200420 | | 21,201.00 | 05-31-2004 |
| | ESTIMATED TAX PENALTY 20042008 | | 491.00 | 05-31-2004 |
| | FAILURE TO PAY TAX PENALTY 20042008 | | 190.38 | 05-31-2004 |
| | INTEREST ASSESSED 20042008 | | 133.64 | 05-31-2004 |
| 08-02-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-13-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-27-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-17-2006 | FEDERAL TAX LIEN | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-31-2004 | Statutory Notice of Balance Due | | | |
| 06-21-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000033

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

WILLIAM R WRIGHT                          EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2003

BALANCE        22,016.02

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_____

PRINT NAME: _Cheryl Serino_____

TITLE: _SSTA_____

DELEGATION ORDER: _____CF18_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE    3

US000034

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:

APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:          foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2004 consisting of 3 page(s).

der the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000035

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 50,357.00 | | | |
| | TAXABLE INCOME 31,284.00 | | | |
| | SELF EMPLOYMENT TAX 7,656.00 | | | |
| 04-15-2005 | RETURN FILED & TAX ASSESSED 08221-117-41774-5  200521 | | 10,837.00 | 06-06-2005 |
| | ESTIMATED TAX PENALTY 20052108 | | 269.00 | 06-06-2005 |
| | FAILURE TO PAY TAX PENALTY 20052108 | | 93.72 | 06-06-2005 |
| | INTEREST ASSESSED 20052108 | | 93.02 | 06-06-2005 |
| 10-03-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-17-2006 | FEDERAL TAX LIEN | | | |
| 03-24-2006 | FEDERAL TAX LIEN | | | |
| 04-17-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

US000036

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WILLIAM R WRIGHT                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2004


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 06-06-2005 | Statutory Notice of Balance Due | | | |
| 07-11-2005 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

US000037

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004
-------------------------------------------------------------------

BALANCE        11,292.74
-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_____

PRINT NAME: _Cheryl Serino_____

TITLE: _____ISIA_____

DELEGATION ORDER: _____CI18_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE    3

US000038

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date:

APR 2 4 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:     foregoing transcript of the taxpayer
named herein with respect to the taxes specified, is a true and
complete transcript for the period(s) stated, of all
assessments, penalties, interest, credits, abatements, refunds,
and advance or unidentified payments relating thereto as
disclosed by the records of this office as of the date of this
certification for the account of William R Wright, Form 1040,
U.S. Individual Income Tax Return, for the tax period(s) ending
December 31, 2005 consisting of 2 page(s).

der the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

Kennedy F. Lockhart
Resident Agent-in-Charge
Delegation Order-CI-18

US000039

atalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

.LIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| | ADJUSTED GROSS INCOME 63,866.00 | | | |
| | TAXABLE INCOME 45,494.00 | | | |
| | SELF EMPLOYMENT TAX 9,710.00 | | | |
| 04-15-2006 | RETURN FILED & TAX ASSESSED 08221-117-95662-6  200619 | | 15,576.00 | 05-22-2006 |
| | ESTIMATED TAX PENALTY 20061908 | | 418.00 | 05-22-2006 |
| | FAILURE TO PAY TAX PENALTY 20061908 | | 137.76 | 05-22-2006 |
| | INTEREST ASSESSED 20061908 | | 110.91 | 05-22-2006 |
| 10-27-2006 | FEDERAL TAX LIEN | | | |
| 11-20-2006 | FEES AND COLLECTION COSTS | | 130.00 | |
| 01-01-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-12-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-22-2006 | Statutory Notice of Balance Due | | | |
| 06-26-2006 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

WILLIAM R WRIGHT                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2005
---------------------------------------------------------------------------

BALANCE         16,372.67

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Cheryl Serino_

PRINT NAME: _Cheryl Serino_

TITLE: _BSIA_

DELEGATION ORDER: _CT 8_


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/19/2007

FORM 4340  (REV. 01-2002)              PAGE     2

US000041