# EXHIBIT B

```
                                                  COURT RECORDING DATA
8117
------------------------------------------+----------------------------------------
         INTERNAL REVENUE SERVICE         | Lien Recorded   : 05/12/1996 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT   | Recording Number: FL02871
                                          | UCC Number      :
                                          | Liber           :
                                          | Page            :
                                          |
                                          | **Self-released**
------------------------------------------+----------------------------------------
                                          | IRS Serial Number: 139609516
District: Manhattan                       |
                  This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.
----------------------------------------------------------------------------------

Name of Taxpayer :
    WILLIAM R WRIGHT


----------------------------------------------------------------------------------
Residence :
    10 W 56TH APT 14A
    NEW YORK, NY 10019-4220
----------------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
--------+------------+-------------+------------+----------------+----------------
 Form   |  Period    |  ID Number  |  Assessed  | Refile Deadline| Unpaid Balance
  (a)   |   (b)      |    (c)      |    (d)     |      (e)       |      (f)
--------+------------+-------------+------------+----------------+----------------
 1040   | 12/31/1992 | 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 | 04/08/1996 |   05/08/2006   |      8192.17
 1040   | 12/31/1993 | 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 | 05/23/1994 |   06/22/2004   |      5207.32
 1040   | 12/31/1994 | 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 | 09/25/1995 |   10/25/2005   |     17532.11
```

```
----------------------------------------------------------------------------------
Filed at:   Register Office                                 Total  | $   30931.60
            New York County                                        |
            New York, NY 10007
----------------------------------------------------------------------------------
This notice was prepared and executed at NEW YORK, NY
on this, the 16th day of May, 1996.
----------------------------------------+----------------------------------------
Authorizing Official:                   | Title:
    J. Poganik                          | REVENUE OFFICER           13-01-1207
```

```
8117                                              COURT RECORDING DATA
---------------------------------------------+----------------------------------
      INTERNAL REVENUE SERVICE               | Lien Recorded   : 11/19/1996 - 00:00AM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number: 96FL30756
                                             | UCC Number      :
                                             | Liber           :
                                             | Page            :
                                             |
                                             | **Self-released**
---------------------------------------------+----------------------------------
District: Manhattan                          | IRS Serial Number: 139616102
---------------------------------------------+----------------------------------
             This Lien Has Been Filed in Accordance with
                Internal Revenue Regulation 301.6323(f)-1.
--------------------------------------------------------------------------------
Name of Taxpayer :
  WILLIAM R WRIGHT


--------------------------------------------------------------------------------
Residence :
  10 W 56TH APT 14A
  NEW YORK, NY 10019-4220
--------------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
--------+------------+---------------+------------+------------------+-----------------
  Form  |  Period    |  ID Number    |  Assessed  |  Refile Deadline |  Unpaid Balance
  (a)   |   (b)      |    (c)        |    (d)     |       (e)        |       (f)
--------+------------+---------------+------------+------------------+-----------------
  1040    12/31/1995   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    05/27/1996       06/26/2006            17182.08
```

```
--------------------------------------------------------------------------------
Filed at:  Register Office                               Total  |  $     17182.08
           New York County
           New York, NY 10007
--------------------------------------------------------------------------------
This notice was prepared and executed at NEW YORK, NY
on this, the 08th day of November, 1996.
--------------------------------------------------------------------------------
Authorizing Official:                    | Title:
   C. GANTT                              | REVENUE OFFICER         13-01-1804
                                         |                         US000044
--------------------------------------------------------------------------------
```

```
8117                                           | COURT RECORDING DATA
-----------------------------------------------+------------------------------------
        INTERNAL REVENUE SERVICE               | Lien Recorded   : 01/25/1999 - 00:00AM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT         | Recording Number: 99FL00104
                                               | UCC Number      :
                                               | Liber           :
                                               | Page            :
-----------------------------------------------+------------------------------------
District: Manhattan                            | IRS Serial Number: 139945643
-----------------------------------------------+------------------------------------
               This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
    WILLIAM R WRIGHT


Residence :
    310 W 56TH APT 14A
    NEW YORK, NY 10019-4220

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).
------+--------------+---------------+--------------+-------------------+----------------
 Form | Period       | ID Number     | Assessed     | Refile Deadline   | Unpaid Balance
 (a)  | (b)          | (c)           | (d)          | (e)               | (f)
------+--------------+---------------+--------------+-------------------+----------------
 1040 | 12/31/1996   | 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   | 06/02/1997   | 07/02/2007        | 10282.54
 1040 | 12/31/1997   | 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   | 06/01/1998   | 07/01/2008        | 11550.44
```

```
Filed at:  Register Office
           New York County                              Total  $     21832.98
           New York, NY 10007
------------------------------------------------------------------------------
This notice was prepared and executed at NEW YORK, NY
on this, the 19th day of January, 1999.
------------------------------------------------------------------------------
Authorizing Official:                    | Title:
    A. LEARY                             |    REVENUE OFFICER       13-01-1818
```

US000045

```
8117                                              COURT RECORDING DATA
-----------------------------------------------+--------------------------------
         INTERNAL REVENUE SERVICE              | Lien Recorded    : 04/11/2001 - 00:00AM
     FACSIMILE FEDERAL TAX LIEN DOCUMENT       | Recording Number: 01NL01024
                                               | UCC Number       :
                                               | Liber            :
                                               | Page             :
-----------------------------------------------+--------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1          | IRS Serial Number: 130165913
Lien Unit Phone: (800) 913-6050                |
-----------------------------------------------+--------------------------------
                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.

--------------------------------------------------------------------------------
Name of Taxpayer :
   WILLIAM R WRIGHT


--------------------------------------------------------------------------------
Residence :
   310 W 56TH APT 14A
   NEW YORK, NY 10019-4220
--------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
-------+------------+------------+------------+----------------+----------------
 Form  |  Period    | ID Number  |  Assessed  | Refile Deadline| Unpaid Balance
 (a)   |    (b)     |    (c)     |    (d)     |      (e)       |      (f)
-------+------------+------------+------------+----------------+----------------
 1040  | 12/31/1998 | 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| 05/31/1999 |   06/30/2009   |
 1040  | 12/31/1998 | 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| 06/28/1999 |   07/28/2009   |       22751.05
 1040  | 12/31/1999 | 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| 05/29/2000 |   06/28/2010   |       41344.81
```

```
--------------------------------------------------------------------------------
Filed at:  Register Office
           New York County                               Total | $     64095.86
           New York, NY 10007
--------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 09th day of April, 2001.
--------------------------------------------------------------------------------
Authorizing Official:                  | Title:
   A. WILKINSON                        |    REVENUE OFFICER            13-01-1921
--------------------------------------------------------------------------------
                                                                    US000046
```

```
8117                                              COURT RECORDING DATA
----------------------------------------------+------------------------------------------
        INTERNAL REVENUE SERVICE              | Lien Recorded   : 09/04/2001 - 00:00AM
     FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number: 01NL01992
                                              | UCC Number      :
                                              | Liber           :
                                              | Page            :
----------------------------------------------+------------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1         | IRS Serial Number: 130170623
Lien Unit Phone: (800) 913-6050               |
----------------------------------------------+------------------------------------------
               This Lien Has Been Filed in Accordance with
                 Internal Revenue Regulation 301.6323(f)-1.

------------------------------------------------------------------------------------------
Name of Taxpayer :
   WILLIAM R WRIGHT


------------------------------------------------------------------------------------------
Residence :
  310 W 56TH ST APT 14A
  NEW YORK, NY 10019-4220
------------------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
-------+-------------+----------------+-------------+------------------+------------------
 Form  |   Period    |   ID Number    |  Assessed   |  Refile Deadline | Unpaid Balance
  (a)  |    (b)      |     (c)        |    (d)      |       (e)        |     (f)
-------+-------------+----------------+-------------+------------------+------------------
 1040    12/31/2000    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      05/28/2001      06/27/2011          35487.28
```

```
------------------------------------------------------------------------------------------
Filed at:  Register Office
           New York County                                  Total  | $       35487.28
           New York, NY 10007                                      |
------------------------------------------------------------------+-----------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 30th day of August, 2001.
------------------------------------------------+-----------------------------------------
Authorizing Official:                           | Title:
    A. WILKINSON                                | REVENUE OFFICER          13-01-1921
------------------------------------------------+-----------------------------------------
                                                                             US000047
```

```
3117                                              COURT RECORDING DATA
-----------------------------------------+------------------------------------
         INTERNAL REVENUE SERVICE        | Lien Recorded    : 04/14/2006 - 16:07PM
     FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 2006000208691
                                         | UCC Number      :
                                         | Liber           :
                                         | Page            :
-----------------------------------------+------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1    | IRS Serial Number: 279588306
Lien Unit Phone: (800) 913-6050          |
-----------------------------------------+------------------------------------
                   This Lien Has Been Filed in Accordance with
                     Internal Revenue Regulation 301.6323(f)-1.

-------------------------------------------------------------------------------
Name of Taxpayer :
   WILLIAM R WRIGHT



-------------------------------------------------------------------------------
Residence :
   310 W 56TH ST APT 14A
   NEW YORK, NY 10019-4220
-------------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
-----------+-------------+--------------+------------+----------------+-----------------
  Form    |   Period    |  ID Number   |  Assessed  | Refile Deadline| Unpaid Balance
   (a)    |    (b)      |    (c)       |    (d)     |      (e)       |      (f)
-----------+-------------+--------------+------------+----------------+-----------------
  1040    | 12/31/2001  | XXX-XX-0750  | 08/19/2002 |   09/18/2012   |     28830.19
  1040    | 12/31/2002  | XXX-XX-0750  | 06/02/2003 |   07/02/2013   |     27287.65
  1040    | 12/31/2003  | XXX-XX-0750  | 05/31/2004 |   06/30/2014   |     22016.02
  1040    | 12/31/2004  | XXX-XX-0750  | 06/06/2005 |   07/06/2015   |     11292.74




-------------------------------------------------------------------------------
Filed at:   Register Office                              |
            New York County                       Total  | $      89426.60
            New York, NY 10007                           |
-------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 16th day of March, 2006.
-------------------------------------------------+-----------------------------
Authorizing Official:                            | Title:
    M. SKINNER                                   | REVENUE OFFICER    21-09-1919
-------------------------------------------------+-----------------------------
                                                                       US000048
```

```
8117                                              COURT RECORDING DATA
----------------------------------------+---------------------------------------
         INTERNAL REVENUE SERVICE       | Lien Recorded    : 03/27/2006 - 12:32PM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:
                                        | UCC Number      :
                                        | Liber           :
                                        | Page            :
----------------------------------------+---------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1   | IRS Serial Number: 279802906
Lien Unit Phone: (800) 913-6050         |
-----------------------------------------------------------------------------
              This Lien Has Been Filed in Accordance with
              Internal Revenue Regulation 301.6323(f)-1.

-----------------------------------------------------------------------------
Name of Taxpayer :
    WILLIAM R WRIGHT


-----------------------------------------------------------------------------
Residence :
    310 W 56TH ST APT 14A
    NEW YORK, NY 10019-4220
-----------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
--------+------------+------------+------------+----------------+--------------
  Form  |   Period   |  ID Number |  Assessed  | Refile Deadline| Unpaid Balance
   (a)  |    (b)     |    (c)     |    (d)     |      (e)       |     (f)
--------+------------+------------+------------+----------------+--------------
  1040  | 12/31/1992 | XXX-XX-0750| 04/08/1996 |   05/08/2006   |     8192.17
  1040  | 12/31/1994 | XXX-XX-0750| 09/25/1995 |       N/A      |
  1040  | 12/31/1994 | XXX-XX-0750| 05/26/1997 |   06/25/2007   |    18400.11
  1040  | 12/31/1995 | XXX-XX-0750| 05/27/1996 |   06/26/2006   |
  1040  | 12/31/1995 | XXX-XX-0750| 12/23/1996 |   01/22/2007   |    17882.08
  1040  | 12/31/1996 | XXX-XX-0750| 06/02/1997 |   07/02/2007   |    10282.54
  1040  | 12/31/1997 | XXX-XX-0750| 06/01/1998 |   07/01/2008   |    11550.44
  1040  | 12/31/1998 | XXX-XX-0750| 05/31/1999 |   06/30/2009   |
  1040  | 12/31/1998 | XXX-XX-0750| 06/28/1999 |   07/28/2009   |    22765.05
  1040  | 12/31/1999 | XXX-XX-0750| 05/29/2000 |   06/28/2010   |    41344.81
  1040  | 12/31/2000 | XXX-XX-0750| 05/28/2001 |   06/27/2011   |    35501.28
  1040  | 12/31/2001 | XXX-XX-0750| 08/19/2002 |   09/18/2012   |    28830.19
  1040  | 12/31/2002 | XXX-XX-0750| 06/02/2003 |   07/02/2013   |    27287.65
  1040  | 12/31/2003 | XXX-XX-0750| 05/31/2004 |   06/30/2014   |    22016.02
  1040  | 12/31/2004 | XXX-XX-0750| 06/06/2005 |   07/06/2015   |    11292.74


-----------------------------------------------------------------------------
Filed at:  Office of the County Clerk
           Bergen                                 Total   $    255345.08
           HACKENSACK, NJ 07601-7000
-----------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 17th day of March, 2006.
-----------------------------------------------------------------------------
Authorizing Official:                    | Title:
    M. SKINNER                           | REVENUE OFFICER        21-09-1919
-----------------------------------------------------------------------------
```

US000049

```
8117                                              COURT RECORDING DATA
------------------------------------------+---------------------------------------
         INTERNAL REVENUE SERVICE         | Lien Recorded   : 11/01/2006 - 13:03PM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT    | Recording Number: 2006000610813
                                          | UCC Number      :
                                          | Liber           :
                                          | Page            :
------------------------------------------+---------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1     | IRS Serial Number: 323061106
Lien Unit Phone: (800) 913-6050           |
-----------------------------------------------------------------------------------
              This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

-----------------------------------------------------------------------------------
Name of Taxpayer :
   WILLIAM R WRIGHT


-----------------------------------------------------------------------------------
Residence :
   310 W 56TH ST APT 14A
   NEW YORK, NY 10019-4220
-----------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
--------+------------+------------+------------+----------------+----------------
 Form   |  Period    | ID Number  |  Assessed  | Refile Deadline| Unpaid Balance
 (a)    |   (b)      |   (c)      |    (d)     |     (e)        |     (f)
--------+------------+------------+------------+----------------+----------------
 1040   | 12/31/2005 | XXX-XX-0750| 05/22/2006 |   06/21/2016   |      16242.67




-----------------------------------------------------------------------------------
Filed at:  Register Office                                Total  |  $   16242.67
           New York County                                       |
           New York, NY 10007
-----------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 18th day of October, 2006.
-----------------------------------------------------------------------------------
Authorizing Official:                      | Title:
   M. SKINNER                               |   REVENUE OFFICER         21-09-1919
-----------------------------------------------------------------------------------
                                                                        US000050
```

```
117                                              COURT RECORDING DATA
------------------------------------------+-----------------------------------
    INTERNAL REVENUE SERVICE              | Lien Recorded   : 02/26/2007 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT   | Recording Number:
                                          | UCC Number      :
                                          | Liber           :
                                          | Page            :
------------------------------------------+-----------------------------------
 rea: SMALL BUSINESS/SELF EMPLOYED #1     | IRS Serial Number: 323312306
 ien Unit Phone: (800) 913-6050           |
------------------------------------------+-----------------------------------
                This Lien Has Been Filed in Accordance with
                Internal Revenue Regulation 301.6323(f)-1.

-------------------------------------------------------------------------------
 ame of Taxpayer :
   WILLIAM R WRIGHT


-------------------------------------------------------------------------------
 esidence :
   310 W 56TH ST APT 14A
   NEW YORK, NY 10019-4220
-------------------------------------------------------------------------------
 ith respect to each assessment below, unless notice of lien
 is refiled by the date in column(e), this notice shall constitute
 the certificate of release of lien as defined in IRC 6325(a).
-------+------------+-------------+-------------+----------------+-------------
 Form  |  Period    | ID Number   |  Assessed   | Refile Deadline| Unpaid Balance
 (a)   |   (b)      |    (c)      |    (d)      |      (e)       |     (f)
-------+------------+-------------+-------------+----------------+-------------
 1040    12/31/2005  XXX-XX-0750    05/22/2006     06/21/2016        16242.67
```

```
-------------------------------------------------------------------------------
 iled at:   Office of the County Clerk            |
            Bergen                                | Total  | $    16242.67
            HACKENSACK, NJ 07601-7000             |
-------------------------------------------------------------------------------
 his notice was prepared and executed at MANHATTAN, NY
  this, the 19th day of October, 2006.
-------------------------------------------------------------------------------
 thorizing Official:                       | Title:
    M. SKINNER                              | REVENUE OFFICER      21-09-1919
                                            |
-------------------------------------------------------------------------------
```

US000051