# EXHIBIT C



## Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

TAX PERIOD: Dec. 31, 1996

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER:   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

WILLIAM R WRIGHT

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 10,412.54 | |
| ACCRUED INTEREST: | 12,015.16 | AS OF: Jun. 09, 2008 |
| ACCRUED PENALTY: | 2,295.36 | AS OF: Jun. 09, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS:        24,723.06

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                 03    FILING STATUS:  Head of Household

| | |
|---|---|
| ADJUSTED GROSS INCOME: | 45,374.00 |
| TAXABLE INCOME: | 24,182.00 |
| TAX PER RETURN: | 9,564.00 |
| SE TAXABLE INCOME TAXPAYER: | 45,088.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 6,898.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Apr. 15, 1997
PROCESSING DATE                                                 Jun. 02, 1997

```
                            TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 19972108 | 06-02-1997 | $9,564.00 |

Account Transcript 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 1040 Dec. 31, 1996 WKTG

| | 11221-117-32541-7 | | | |
|---|---|---|---|---|
| | | 19972108 | 06-02-1997 | $509.05 |
| 176 | ESTIMATED TAX PENALTY | 19972108 | 06-02-1997 | $95.64 |
| 276 | FAILURE TO PAY TAX PENALTY | 19972108 | 06-02-1997 | $113.85 |
| 196 | INTEREST ASSESSED | | 01-22-1999 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-29-2001 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 03-24-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-11-2007 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 06-04-2007 | $50.00 |
| 360 | FEES AND COLLECTION COSTS | | 05-18-2007 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 06-11-2007 | $80.00 |
| 360 | FEES AND COLLECTION COSTS | | 06-04-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | | |

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

| | Request Date: 05-29-2008 |
| | Response Date: 05-29-2008 |
| | IRS Employee Number: RSMBB |
| | Tracking Number: 100027444003 |

# Account Transcript

TAX PERIOD: Dec. 31, 1997

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER:  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

WILLIAM R WRIGHT

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 11,710.44 | |
| ACCRUED INTEREST: | 11,375.50 | AS OF: Jun. 09, 2008 |
| ACCRUED PENALTY: | 2,582.16 | AS OF: Jun. 09, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS:          25,668.10

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                    03    FILING STATUS:   Head of Household

| | |
|---|---|
| ADJUSTED GROSS INCOME: | 46,820.00 |
| TAXABLE INCOME: | 24,280.00 |
| TAX PER RETURN: | 10,759.00 |
| SE TAXABLE INCOME TAXPAYER: | 46,525.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 7,118.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 1998
                                                                Jun. 01, 1998
PROCESSING DATE

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 19982008 | 06-01-1998 | $10,759.00 |

Account Transcript 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 1040 Dec. 31, 1997 WRIG

13221-123-14430-8

| | | | | |
|---|---|---|---|---|
| | | 19982008 | 06-01-1998 | $572.46 |
| 176 | ESTIMATED TAX PENALTY | 19982008 | 06-01-1998 | $107.59 |
| 276 | FAILURE TO PAY TAX PENALTY | 19982008 | 06-01-1998 | $111.39 |
| 196 | INTEREST ASSESSED | | 01-22-1999 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-29-2001 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 582 | FEDERAL TAX LIEN | | 03-24-2006 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 05-16-2008 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 06-09-2008 | $160.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

# Account Transcript

TAX PERIOD: Dec. 31, 1998

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER: 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

WILLIAM R WRIGHT

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 22,765.05
ACCRUED INTEREST: 19,084.87        AS OF: Jun. 09, 2008
ACCRUED PENALTY: 5,253.60          AS OF: Jun. 09, 2008

ACCOUNT BALANCE
PLUS ACCRUALS: 47,103.52

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                    02    FILING STATUS:  Head of Household

ADJUSTED
GROSS INCOME:         76,751.00
TAXABLE INCOME:       56,930.00
TAX PER RETURN:       19,790.00
SE TAXABLE
INCOME TAXPAYER:      68,400.00
SE TAXABLE
INCOME SPOUSE:         0.00
TOTAL SELF
EMPLOYMENT TAX:       10,680.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 1999
PROCESSING DATE                                                  May 31, 1999

```
                           TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|---------------------------|------------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19992008 05-31-1999 | $20,190.00 |

19221-122-27081-9

| | | | | |
|---|---|---|---|---|
| 176 | ESTIMATED TAX PENALTY | 19992008 | 05-31-1999 | $542.58 |
| 276 | FAILURE TO PAY TAX PENALTY | 19992008 | 05-31-1999 | $197.90 |
| 196 | INTEREST ASSESSED | 19992008 | 05-31-1999 | $204.57 |
| 290 | ADDITIONAL TAX ASSESSED | 19992408 | 06-28-1999 | $1,616.00 |

19254-561-77016-9

| | | | |
|---|---|---|---|
| 582 | FEDERAL TAX LIEN | 04-13-2001 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 05-07-2001 | $14.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | 09-29-2001 | $0.00 |
| 582 | FEDERAL TAX LIEN | 03-24-2006 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

## Account Transcript

FORM NUMBER: 1040                    TAX PERIOD: Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:   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

WILLIAM R WRIGHT

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            41,344.81
ACCRUED INTEREST:           28,682.96      AS OF: Jun. 09, 2008
ACCRUED PENALTY:             9,510.20      AS OF: Jun. 09, 2008

ACCOUNT BALANCE
PLUS ACCRUALS:              79,537.97

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                     03    FILING STATUS:   Single

ADJUSTED
GROSS INCOME:              124,466.00

TAXABLE INCOME:            105,463.00

TAX PER RETURN:             36,368.00

SE TAXABLE
INCOME TAXPAYER:            72,600.00

SE TAXABLE
INCOME SPOUSE:                  0.00

TOTAL SELF
EMPLOYMENT TAX:             12,503.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2000
PROCESSING DATE                                                May 29, 2000

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | RETURN FILED AND TAX ASSESSED | 20002008 | 05-29-2000 | $39,495.53 |

MAY-29-2008 14:46 IRS 2124361931 P.09/40

Account Transcript 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 1040 Dec. 31, 1999 WRIG    Case 1:07-cv-04651-SHS   Document 88-4   Filed 05/30/2008   Page 9 of 21   Page 2 of 2

19211-122-75521-0

| 170 | ESTIMATED TAX PENALTY | 20002008 05-29-2000 | $1,056.00 |
|-----|----------------------|---------------------|-----------|
| 276 | FAILURE TO PAY TAX PENALTY | 20002008 05-29-2000 | $363.68 |
| 196 | INTEREST ASSESSED | 20002008 05-29-2000 | $429.60 |
| 582 | FEDERAL TAX LIEN | 04-13-2001 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | 09-29-2001 | $0.00 |
| 582 | FEDERAL TAX LIEN | 03-24-2006 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
United States Department of the Treasury

┌─────────────────────────────────────────────────┐
│ This Product Contains Sensitive Taxpayer Data │
└─────────────────────────────────────────────────┘

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

# Account Transcript

FORM NUMBER: 1040                    TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:   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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 35,501.28 | |
| ACCRUED INTEREST: | 18,561.61 | AS OF: Jun. 09, 2008 |
| ACCRUED PENALTY: | 6,847.89 | AS OF: Jun. 09, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS:            60,910.78

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                    03    FILING STATUS:   Head of Household

ADJUSTED
GROSS INCOME:           105,362.00

TAXABLE INCOME:          87,157.00

TAX PER RETURN:          30,693.00

SE TAXABLE
INCOME TAXPAYER:         76,200.00

SE TAXABLE
INCOME SPOUSE:                0.00

TOTAL SELF
EMPLOYMENT TAX:          12,437.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2001
PROCESSING DATE                                                 May 28, 2001

┌─────────────────────────────────────────────────┐
│                   TRANSACTIONS                    │
└─────────────────────────────────────────────────┘

Account Transcript 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 1040 Dec. 31, 2000 WHG                    Page 2 of 2

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 20012008 | 05-28-2001 | $32,277.00 |
|  | 19221-120-24213-1 | | | |
| 170 | ESTIMATED TAX PENALTY | 20012008 | 05-28-2001 | $1,651.00 |
| 276 | FAILURE TO PAY TAX PENALTY | 20012008 | 05-28-2001 | $306.93 |
| 196 | INTEREST ASSESSED | 20012008 | 05-28-2001 | $305.60 |
| 766 | IMMEDIATE TAX RELIEF CREDIT | | 08-27-2001 | -$500.00 |
| 290 | ADDITIONAL TAX ASSESSED | 20013308 | 08-27-2001 | $0.00 |
|  | 19254-999-05099-1 | | | |
| 196 | INTEREST ASSESSED | 20013308 | 08-27-2001 | $639.83 |
| 276 | FAILURE TO PAY TAX PENALTY | 20013308 | 08-27-2001 | $806.92 |
| 582 | FEDERAL TAX LIEN | | 08-31-2001 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-01-2001 | $14.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 09-29-2001 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-24-2006 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: R5MBB
Tracking Number: 100027444003

TAX PERIOD: Dec. 31, 2001

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER: 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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 28,830.19
ACCRUED INTEREST: 12,428.99    AS OF: Jun. 09, 2008
ACCRUED PENALTY: 6,104.84    AS OF: Jun. 09, 2008

ACCOUNT BALANCE
PLUS ACCRUALS: 47,364.02

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 03    FILING STATUS: Head of Household
ADJUSTED
GROSS INCOME: 90,049.00
TAXABLE INCOME: 69,889.00
TAX PER RETURN: 24,736.00
SE TAXABLE
INCOME TAXPAYER: 80,400.00
SE TAXABLE
INCOME SPOUSE: 0.00
TOTAL SELF
EMPLOYMENT TAX: 12,549.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2002
PROCESSING DATE    Aug. 19, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 20023208 | 08-19-2002 | $26,893.00 |
|  | 19221-201-05820-2 |  |  |  |
| 176 | ESTIMATED TAX PENALTY | 20023208 | 08-19-2002 | $756.01 |
| 276 | FAILURE TO PAY TAX PENALTY | 20023208 | 08-19-2002 | $618.40 |
| 196 | INTEREST ASSESSED | 20023208 | 08-19-2002 | $562.78 |
| 582 | FEDERAL TAX LIEN |  | 03-17-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN |  | 03-24-2006 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  | 03-12-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  | 03-21-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING |  | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING |  | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

# Account Transcript

TAX PERIOD: Dec. 31, 2002

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER: 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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 27,287.65 | |
| ACCRUED INTEREST: | 9,799.56 | AS OF: Jun. 09, 2008 |
| ACCRUED PENALTY: | 5,744.57 | AS OF: Jun. 09, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS: 42,831.78

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 03 FILING STATUS: Head of Household

| | |
|---|---|
| ADJUSTED GROSS INCOME: | 84,567.00 |
| TAXABLE INCOME: | 68,452.00 |
| TAX PER RETURN: | 24,041.00 |
| SE TAXABLE INCOME TAXPAYER: | 84,034.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 12,857.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2003
PROCESSING DATE                                                Jun. 02, 2003

```
TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150. | RETURN FILED AND TAX ASSESSED | 20032108 | 06-02-2003 | $25,851.00 |
|      | 19221-119-19927-3 | | | |
| 176 | ESTIMATED TAX PENALTY | 20032108 | 06-02-2003 | $803.38 |
| 276 | FAILURE TO PAY TAX PENALTY | 20032108 | 06-02-2003 | $240.41 |
| 196 | INTEREST ASSESSED | 20032108 | 06-02-2003 | $170.53 |
| 766 | REFUNDABLE CREDIT | | 08-04-2003 | -$400.00 |
| 290 | ADDITIONAL TAX ASSESSED | 20033008 | 08-04-2003 | $0.00 |
|      | 19254-999-05099-3 | | | |
| 196 | INTEREST ASSESSED | 20033008 | 08-04-2003 | $234.57 |
| 276 | FAILURE TO PAY TAX PENALTY | 20033008 | 08-04-2003 | $387.76 |
| 582 | FEDERAL TAX LIEN | | 03-17-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-24-2006 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 03-12-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | 03-21-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

## Account Transcript

TAX PERIOD: Dec. 31, 2003

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER: 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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

### --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 22,016.02
ACCRUED INTEREST: 6,843.56      AS OF: Jun. 09, 2008
ACCRUED PENALTY: 5,109.86      AS OF: Jun. 09, 2008

ACCOUNT BALANCE
PLUS ACCRUALS: 33,969.44

### ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 03      FILING STATUS: Head of Household

ADJUSTED
GROSS INCOME: 74,895.00

TAXABLE INCOME: 58,890.00

TAX PER RETURN: 19,038.00

SE TAXABLE
INCOME TAXPAYER: 74,423.00

SE TAXABLE
INCOME SPOUSE: 0.00

TOTAL SELF
EMPLOYMENT TAX: 11,387.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2004
PROCESSING DATE                                                 May  31, 2004

TRANSACTIONS

Account Transcript 14-4-0650 SI060 Dec 31, 2003 WRIG

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 20042008 | 05-31-2004 | $21,201.00 |
| | 08221-122-80579-4 | 20042008 | 05-31-2004 | $491.00 |
| 170 | ESTIMATED TAX PENALTY | 20042008 | 05-31-2004 | $190.38 |
| 276 | FAILURE TO PAY TAX PENALTY | 20042008 | 05-31-2004 | $133.64 |
| 196 | INTEREST ASSESSED | | 03-17-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-24-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-12-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 03-21-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | | |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-29-2008
Response Date: 05-29-2008
IRS Employee Number: RSMBB
Tracking Number: 100027444003

# Account Transcript

TAX PERIOD: Dec. 31, 2004

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER:  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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              11,292.74
ACCRUED INTEREST:             2,787.47     AS OF: Jun. 09, 2008
ACCRUED PENALTY:              2,615.52     AS OF: Jun. 09, 2008

ACCOUNT BALANCE
PLUS ACCRUALS:               16,695.73

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                      03    FILING STATUS:   Head of Household

ADJUSTED
GROSS INCOME:                50,357.00

TAXABLE INCOME:              31,284.00

TAX PER RETURN:               9,372.00

SE TAXABLE
INCOME TAXPAYER:             50,039.00

SE TAXABLE
INCOME SPOUSE:                   0.00

TOTAL SELF
EMPLOYMENT TAX:               7,656.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2005
PROCESSING DATE                                                 Jun. 06, 2005

TRANSACTIONS

TIN 29 2005 14 19                                                        Page 2 of 2

Account Transcript 741-v-40-4650-8049 Dec 31 2004 WRIG    Case 1:07-cv-04650-8049    Document 28-4    Filed 05/30/2008    Page 19 of 21

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| | | 20052108 | 06-06-2005 | $10,837.00 |
| 150 | RETURN FILED AND TAX ASSESSED | | | |
| | 08221-117-41774-5 | 20052108 | 06-06-2005 | $269.00 |
| 170 | ESTIMATED TAX PENALTY | 20052108 | 06-06-2005 | $93.72 |
| 276 | FAILURE TO PAY TAX PENALTY | 20052108 | 06-06-2005 | $93.02 |
| 196 | INTEREST ASSESSED | | 03-17-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-24-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 03-12-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 03-21-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | | |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
                                        Request Date: 05-29-2008
                                        Response Date: 05-29-2008
                                        IRS Employee Number: RSMBB
                                        Tracking Number: 100027444003
```

## Account Transcript

TAX PERIOD: Dec. 31, 2005

FORM NUMBER: 1040

TAXPAYER IDENTIFICATION NUMBER:  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

WILLIAM R WRIGHT
310 W 56TH ST APT 14A
NEW YORK, NY 10019-4220-416

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 16,372.67 | |
| ACCRUED INTEREST: | 2,771.19 | AS OF: Jun. 09, 2008 |
| ACCRUED PENALTY: | 3,660.36 | AS OF: Jun. 09, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS:          22,804.22

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                  03    FILING STATUS:   Head of Household

| | |
|---|---|
| ADJUSTED GROSS INCOME: | 63,866.00 |
| TAXABLE INCOME: | 45,494.00 |
| TAX PER RETURN: | 13,776.00 |
| SE TAXABLE INCOME TAXPAYER: | 63,463.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 9,710.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2006
PROCESSING DATE                                                 May  22, 2006

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 20061908 | 05-22-2006 | $15,576.00 |
| | 08221-117-95662-6 | | | |
| 170 | ESTIMATED TAX PENALTY | 20061908 | 05-22-2006 | $418.00 |
| 276 | FAILURE TO PAY TAX PENALTY | 20061908 | 05-22-2006 | $137.76 |
| 196 | INTEREST ASSESSED | 20061908 | 05-22-2006 | $110.91 |
| 582 | FEDERAL TAX LIEN | | 10-27-2006 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 11-20-2006 | $130.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 03-12-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | 03-21-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 05-10-2007 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 06-04-2007 | $0.00 |

This Product Contains Sensitive Taxpayer Data