# EXHIBIT C

Case 1:07-cv-04651-SHS   Document 29-4   Filed 05/30/2008   Page 1 of 2



310 WEST 56TH STREET CORPORATION
INCORPORATED UNDER THE LAWS OF THE STATE OF NEW YORK
No. 153

TOTAL AUTHORIZED ISSUE 15,000 SHARES
PAR VALUE $1.00 EACH

SEE REVERSE FOR CERTAIN DEFINITIONS

Apt. 14-A

This is to Certify that William Wright and Marilyn Wright JT TEN is the owner of One Hundred Eighty-One fully paid and non-assessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

Witness, the seal of the Corporation and the signatures of its duly authorized officers.

Dated Aug. 6, 1982

[Secretary signature]   SECRETARY
[Joseph D. ____ signature]   PRESIDENT