# EXHIBIT D

T1

## ASSIGNMENT OF PROPRIETARY LEASE

KNOW THAT, WILLIAM R. WRIGHT & MARILYN A. WRIGHT [collectively], Assignor, in consideration of the sum of ONE ($1.00) DOLLAR paid by WILLIAM R. WRIGHT [collectively] Assignee, and for other good and valuable consideration, does hereby assign unto Assignee a certain lease (the "Lease") made by 310 WEST 56TH STREET CORPORATION ("Lessor Corporation") with Assignor, or his predecessor in interest, dated March 27    1980, for Apartment 14-A in Premises 310 West 56 St.                                                                , New York, New York.

TO HAVE AND TO HOLD the same unto Assignee, his personal representatives and assigns, from and after   May 2   19 85  , for all the rest of the term of the Lease, or any renewals or extensions thereof, and subject to the covenants, conditions and limitations therein contained.

Subject to the trust fund provisions of Section Thirteen of the Lien Law.

Assignor represents to Assignee and to Lessor Corporation that (1) there are no claims, security interests or liens against the Lease or the shares allocated to said Apartment, (2) Assignor has full right and authority to assign the Lease and shares, (3) there are no unsatisfied judgments, tax liens or undischarged bankruptcy proceedings either of record or outstanding against Assignor, and (4) there are no filed mechanic's liens for work performed within the Apartment or materials supplied on account of such work.

IN WITNESS WHEREOF, Assignor has executed this Assignment on  May 2   .1985

_____
William R. Wright

_____
Marilyn A. Wright

State of New York  }
                   } ss.:
County of New York }

On this  2nd  day of  May   19 85  , before me personally came                                      , to William R. ~~& Marilyn A.~~ Wright
me known and known to me to be the individual(s) described in and who executed the foregoing instrument, and duly acknowledged to me that   they   executed the same.

_____
Notary Public

ADDIE MULLIN
Notary Public, State of New York
No. 31-4691334
Qualified in New York County
Certificate filed in New York County
Commission Expires March 30, 19__

*Copyright 1973 by AZTECH DOCUMENT SYSTEMS, INC.
Approved by THE COOPERATIVE HOUSING LAWYERS GROUP

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

On this 2nd day of May 1985, before me personally came Marilyn A. Wright, to me known and known to me to be the individual described in and who executed the foregoing instrument, and duly acknowledged to me that she executed the same.

*Wendy P. Gerzog*

WENDY P. GERZOG
Notary Public, State of New York
No. 30-4759910
Qualified in Nassau County
Certificate filed in New York County
Term Expires March 30, 1986

T2

## ACCEPTANCE OF ASSIGNMENT AND ASSUMPTION OF LEASE

KNOW THAT   WILLIAM R. WRIGHT

[collectively] the Assignee named in a certain instrument of assignment from WILLIAM R. WRIGHT & MARILYN A. WRIGHT   [collectively], as Assignor, hereby accepts the assignment of a certain lease (the "Lease"), dated March 27, 1980, made by 310 WEST 56TH STREET CORPORATION ("Lessor Corporation") as lessor, and Assignor, or his predecessor in interest, as lessee, for Apartment 14-A in premises 310 West 56 St., New York, New York, which assignment is effective as of May 2, 1985.

Assignee hereby agrees with Assignor and with Lessor Corporation to pay all the installments of rent and perform the covenants and conditions on the Lessee's part to be paid and performed under the Lease, from and after the effective date of the assignment.

IN WITNESS WHEREOF, Assignee has executed this Acceptance on May 2, 1985.

_____
William R. Wright

State of New York }
                 } ss.:
County of New York }

On this 2nd day of May, 1985, before me personally came William R. Wright, to me known and known to me to be the individual(s) described in and who executed the foregoing instrument, and duly acknowledged to me that he executed the same.

_____
Notary Public

ADDIE KRELIN
Notary Public, State of New York
No. 31-4781953
Qualified in New York County
Certificate filed in New York County
Commission Expires March 30, 19 87

©Copyright 1973 by AZTECH DOCUMENT SYSTEMS, INC.
Approved by THE COOPERATIVE HOUSING LAWYERS GROUP