# EXHIBIT F

| | | |
|---|---|---|
| Wright, William R.<br>310 W. 56th Street, #14A<br>New York, New York 10019 | EMPIRE OF AMERICA, FSB<br>3173 Sheridan Drive<br>Amherst, NY 14226-1962 | 4. For Filing Officer: Date, Time, No. Filing Office<br>1985 MAY 28 P 2:31<br>85PN26746 |

**5. This Financing Statement covers the following types (or items) of property:**
All personal property and fixtures (other than household furniture and furnishings) of debtor now attached to or used in connection with the apartment. Stock Certificate and Proprietary Lease for Apt. No. 14A.

6. Assignee(s) of Secured Party(ies)

☐ Products of the Collateral are also covered.

7. ☐ The described crops are growing or to be grown on:*
   ☐ The described goods are or are to be affixed to:*
   ☐ The lumber to be cut or minerals or the like (including oil and gas) on:*
   *(Describe Real Estate Below)

8. Describe Real Estate Here:   ☐ This statement is to be indexed in the Real Estate Records:   9. Name of a Record Owner

| No. & Street | Town or City | County | Section | Block | Lot |
|---|---|---|---|---|---|
| | | | | | |

10. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)
   ☐ under a security agreement signed by debtor authorizing secured party to file this statement, or
   ☐ which is proceeds of the original collateral described above in which a security interest was perfected, or
   ☐ acquired after a change of name, identity or corporate structure of the debtor, or ☐ as to which the filing has lapsed, or already subject to a security interest in another jurisdiction:
   ☐ when the collateral was brought into the state, or ☐ when the debtor's location was changed to this state. C/L #1027

By _____/s/ Will R W___  
Signature(s) of Debtor(s)

EMPIRE OF AMERICA, FSB  
By _____/s/ Wendy C_____  
Signature(s) of Secured Party(ies)

(1) Filing Officer Copy-Numerical  
(5/82)  STANDARD FORM - FORM UCC-1 — Approved by Secretary of State of New York

US000139

This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

No. of additional Sheets Presented:

3. ☐ The Debtor is a transmitting utility.

For Filing Officer: Date, Time, No. Filing Office

DEC 6 '93 293951

9:00

1. Debtor(s) (Last Name First) and Address(es):
William R. Wright
310 WEst 56th St. #14A
New YOrk, NY 10019

2. Secured Party(ies) Name(s) and Address(es):
Empire of America
15 Earhart Drive
Williamsville, NY 14231
Formerly: 3173 Sheridan Dr.
Amherst, NY 14226

5. This statement refers to original Financing Statement No. 111494 filed (date) 5-13-85 with New York State

6. ☒ A. Continuation — The original Financing Statement bearing the above file number is still effective.
   ☐ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
   ☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
   ☐ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below.
   ☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below. (Signature of Debtor and Secured Party is Required)

Acct# 250368735

☐ This statement is to be indexed in the Real Estate Records         Section     Block     Lot

By _____ (Signature(s) of Debtor(s) (only on amendment))

By _____ (Signature(s) of Secured Party(ies))

(2) Filing Officer Copy-Acknowledgement
(5/82)    STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York

---

This FINANCING STATEMENT is presented to a Filing Officer for filing pursuant to the Uniform Commercial Code.

No. of Additional Sheets Presented:

3. ☐ The Debtor is a transmitting utility.

Filing Officer: Date, Time, No. Filing Office

85 MAY 28 P 2:31

85PM26746

1. Debtor(s) (Last Name First) and Address(es):
Wright, William R,
310 W. 56th Street, #14A
New York, New York 10019

2. Secured Party(ies) Name(s) and Address(es):
EMPIRE OF AMERICA, FSB
3173 Sheridan Drive
Amherst, NY 14226-1962

6. Assignee(s) of Secured Party and Address(es)

250968735

5. This Financing Statement covers the following types (or items) of property:
All personal property and fixtures (other than household furniture and furnishings) of debtor now attached to or used in connection with the apartment. Stock Certificate and Proprietary Lease for Apt. No. 14A.

7. ☐ The described crops are growing or to be grown on:*
   ☐ The described goods are or are to be affixed to:*
   ☐ The lumber to be cut or minerals or the like (including oil and gas) is on:*
   *(Describe Real Estate Below)

☐ Products of the Collateral are also covered.
8. Describe Real Estate Here:
☐ This statement is to be indexed in the Real Estate Records:
9. Name of a Record Owner

No. & Street        Town or City        County        Section    Block    Lot

10. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)
☐ under a security agreement signed by debtor authorizing secured party to file this statement, or
☐ which is proceeds of the original collateral described above in which a security interest was perfected, or
☐ acquired after a change of name, identity or corporate structure of the debtor, or ☐ as to which the filing has lapsed, or
☐ already subject to a security interest in another jurisdiction:
☐ when the collateral was brought into the state, or ☐ when the debtor's location was changed to this state. C/L #1027

EMPIRE OF AMERICA, FSB

By _____Will R W____ Signature(s) of Debtor(s)

By _____Wendy C Hockey____ Signature(s) of Secured Party(ies)

(2) Filing Officer Copy-Acknowledgement
(5/82)    STANDARD FORM - FORM UCC-1 — Approved by Secretary of State of New York

| This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code. | No. of additional Sheets Presented: | | |
|---|---|---|---|
| 1. Debtor(s) (Last Name First) and Address(es)<br>William R. Wright<br>310 West 56th St. 14A<br>New York, NY 10019 | 2. Secured Party(ies) Name(s) and Address(es)<br>Empire of America<br>15 Earhart Drive<br>Williamsville, NY 14231<br>Formerly: 3173 Sheridan Dr.<br>Amherst, NY 14226 | 4. For Filing Officer: Date, Time, No. Filing Office<br>1990 JAN -5 AM 10:14<br>90PN00982 | |

5. This statement refers to original Financing Statement No. __85PN26746__ filed (date) __5-28-85__ with __New York County__

6. ☒ A. Continuation    The original Financing Statement bearing the above file number is still effective.
   ☐ B. Termination    The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
   ☐ C. Release    From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
   ☐ D. Assignment    The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below.
   ☐ E. Amendment    The Financing Statement bearing the above file number is amended as set forth below. (Signature of Debtor and Secured Party is Required)

   Acct# 250368735    This financing statement is effective until a termination is filed.

☐ This statement is to be indexed in the Real Estate Records    Section ___ Block ___ Lot ___

By _____    By _Debra G. McAuley_
Signature(s) of Debtor(s) (only on amendment)    (Signature(s) of Secured Party(ies))

(1) Filing Officer Copy-Numerical
(5/82)    STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York

US000142

This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code. | No. of additional Sheets Presented: | 3. ☐ The Debtor is a transmitting utility. For Filing Officer: Date, Time, No. Filing Office

1. Debtor(s) (Last Name First) and Address(es):
William R. Wright
310 West 56th St. 14A
New York, NY 10019

2. Secured Party(ies) Name(s) and Address(es):
Empire of America
15 Earhart Drive
Williamsville, NY 14231
Formerly: 3173 Sheridan Dr.
Amherst, NY 14226

1990 JAN -5 AM 10: 14
90PN00982

5. This statement refers to original Financing Statement No. 85PN26746   filed (date) 5-28-85 with New York County

6. ☒ A. Continuation — The original Financing Statement bearing the above file number is still effective.
☐ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
☐ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below:
☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below: (Signature of Debtor and Secured Party is Required)

Acct# 250368735     This financing statement is effective until a termination is filed.

☐ This statement is to be indexed in the Real Estate Records    Section    Block    Lot

By _____ Signature(s) of Debtor(s) (only on amendment)     By _____ (Signature(s) of Secured Party(ies)

(2) Filing Officer Copy-Acknowledgement
(5/82)   STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York

---

This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code. | No. of additional Sheets Presented: 1 | 3. ☐ The debtor is a transmitting utility. For Filing Officer: Date, Time, No. Filing Office

1. Debtor(s) (Last Name First) and Address(es):
William R. Wright
310 West 56th St., Apt. 14A
New York, NY 10019

2. Secured Party(ies) Name(s) and Address(es):
Empire of America Federal
Savings Bank

See Attached Schedule A and
made a part hereof

91 MAY -3 AM 10: 18
91PN20776
CITY REGISTER N.Y. COUNTY

5. This statement refers to original Financing Statement No. 90PN00982  85PN26746   filed (date) 5-28-85 with New York County

6. ☐ A. Continuation — The original Financing Statement bearing the above file number is still effective.
☐ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
☒ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below:
☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below: (Signature of Debtor and Secured Party is Required)

Assignee: Security Pacific National Bank, as Trustee
555 Anton Boulevard, 7th Floor
Costa Mesa, CA 92626

☐ This statement is to be indexed in the Real Estate Records    Section    Block    Lot

250368735    Collateral: All of the property described in the above referenced UCC1 Financing Statement.
Assignee:

Empire of America Federal Savings Bank
By: Resolution Trust Corporation as Receiver

By _____ Signature(s) of Debtor(s) (only on amendment)    By _____ (Signature(s) of Secured Party(ies)

(2) Filing Officer Copy — Acknowledgement
(5/82)   STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York.

| | | |
|---|---|---|
| Officer for filing pursuant to the Uniform Commercial Code. | No. of Additional Sheets Presented: | 3. ☐ The Debtor is a transmitting utility. |
| 1. Debtor(s) (Last Name First) and Address:<br>Wright, William R.<br>310 W. 56th Street, #14A<br>New York, New York 10019 | 2. Secured Party(ies) Name(s) and Addresses)<br>EMPIRE OF AMERICA, FSB<br>3173 Sheridan Drive<br>Amherst, NY 14226-1962 | Filing Officer: Date, Time, No. Filing Office<br>MAY 13 85   111494<br><br>3.00   S |
| 5. This Financing Statement covers the following types (or items) of property:<br>All personal property and fixtures (other than household furniture and furnishings) of debtor now attached to or used in connection with the apartment. Stock Certificate and Proprietary Lease for Apt. No. 14A. | | 6. Assignee(s) of Secured Party and Address(es)<br>5-2-85<br>250368735 |
| | | 7. ☐ The described crops are growing or to be grown on:*<br>☐ The described goods are or are to be affixed to:*<br>☐ The lumber to be cut or minerals or the like (including oil and gas) is on:*<br>*(Describe Real Estate Below) |
| ☐ Products of the Collateral are also covered. | | |
| 8. Describe Real Estate Here: | ☐ This statement is to be indexed in the Real Estate Records: | 9. Name of a Record Owner |

| No. & Street | Town or City | County | Section | Block | Lot |
|---|---|---|---|---|---|

10. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)
☐ under a security agreement signed by debtor authorizing secured party to file this statement, or
☐ which is proceeds of the original collateral described above in which a security interest was perfected, or
☐ acquired after a change of name, identity or corporate structure of the debtor, or ☐ as to which the filing has lapsed, or
already subject to a security interest in another jurisdiction:
☐ when the collateral was brought into the state, or ☐ when the debtor's location was changed to this state. C/L #1027

By _____[signature]_____     EMPIRE OF AMERICA, FSB
Signature(s) of Debtor(s)     By __[signature: Wendy C Hickey]__
                              Signature(s) of Secured Party(ies)

(2) Filing Officer Copy-Acknowledgement
STANDARD FORM - FORM UCC-1 — Approved by Secretary of State of New York
(/82)

---

| | | |
|---|---|---|
| This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code. | No. of additional Sheets Presented: 1 | 3. ☐ The debtor is a transmitting utility |
| 1. Debtor(s) (Last Name First) and Address(es):<br>William R. Wright<br>310 West 56th St. #14A<br>New York, NY 10019 | 2. Secured Party(ies) Name(s) and Address(es):<br>Empire of America Federal Savings Bank<br>See attached schedule A and made a part hereof | Filing Officer: Date, Time, No. Filing Office<br>APR 25 91 083853<br>9:00 |
|  |  | filed (date) 5-13-85  with: New York State |

5. This statement refers to original Financing Statement No. __111494__

6. ☐ A. Continuation   The original Financing Statement bearing the above file number is still effective.
   ☐ B. Termination    The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
   ☐ C. Release        From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
   ☒ D. Assignment     The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below:
   ☐ E. Amendment      The Financing Statement bearing the above file number is amended as set forth below: (Signature of Debtor and Secured Party is Required)

Assignee: Security Pacific National Bank, as Trustee
          555 Anton Boulevard, 7th Floor
          Costa Mesa, CA 92626

| | Section | Block | Lot |
|---|---|---|---|

☐ This statement is to be indexed in the Real Estate Records

250368735    Collateral: All of the property described in the above referenced UCC1 financing statement.

Assignee: _____                Empire of America Federal Savings Bank
                                         By: Resolution Trust Corporation as Receiver

By _____                 By __[signature]__
   Signature(s) of Debtor(s) (only on amendment)     Signature(s) of Secured Party(ies)

(2) Filing Officer Copy — Acknowledgement
(5/82)    STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York.

Bayview 19

| This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code. | No. of additional Sheets Presented: 1 | 3. ☐ The debto~~r~~ |
|---|---|---|
| 1. Debtor(s) (Last Name First) and Address(es): William R. Wright 310 West 56th St. Apt. 14A New York, NY 10019 | 2. Secured Party(ies) Name(s) and Address(es): Empire of America Federal Savings Bank See Attached Schedule A and made a part hereof | 4. For Filing Officer: Date, Time, No. Filing Office 91 MAY -3 AM 10: 18 91PN20776 |

5. This statement refers to original Financing Statement No. 85PN26746 ... filed (date) 5-28-85 with CITY REGISTER N.Y. COUNTY New York County

6. ☐ A. Continuation — The original Financing Statement bearing the above file number is still effective.
   ☐ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
   ☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
   ☒ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below.
   ☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below (Signature of Debtor and Secured Party is Required)

Assignee: Security Pacific National Bank, as Trustee
555 Anton Boulevard, 7th Floor
Costa Mesa, CA 92626

250368735
Assignee:

Collateral: All of the property described in the above referenced UCC1 Financing Statement.

Empire of America Federal Savings Bank

By: Resolution Trust Corporation as Receiver

By _____
Signature(s) of Debtor(s) (only on amendment)

By _____
(Signature(s) of Secured Party(ies))

(1) Filing Office Copy — Numerical
(5/82) STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York.

US000143



SCHEDULE A

(Secured Party)

2.  Secured Party Name and Address:

    91 MAY -3 AM 10: 18
    91PN20776
    CITY REGISTER N.Y. COUNTY

    Empire of America Federal Savings Bank
    1 Empire Tower
    Buffalo, New York  14202
    Consumer Loan Servicing Center;
    15 Earhardt Drive
    Williamsville, New York  14221

This UCC-3 Financing Statement has been executed by Resolution Trust Corporation in its capacity as Receiver of Empire Federal Savings Bank of America, which is successor in interest by regulatory action to Empire of America Federal Savings Bank.



US000146



US000148

Case 1:07-cv-04651-SHS    Document 29-7    Filed 05/30/2008    Page 11 of 16


| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2003090900173001001EFC55 |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 3

Document ID: 2003090900173001   Document Date: 09-09-2003   Preparation Date: 09-09-2003
Document Type: INITIAL COOP UCC1     COOPERATIVE
Document Page Count: 2   Non-Standard Form Size

**PRESENTER:**
GMAC MORTGAGE CORPORATION
3451 HAMMOND AVENUE
WATERLOO, IA 50702
319-236-7568
BOBBIE_HICKMAN@GMACM.COM

**RETURN TO:**
GMAC MORTGAGE CORPORATION
3451 HAMMOND AVENUE
WATERLOO, IA 50702
319-236-7568
BOBBIE_HICKMAN@GMACM.COM

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1046 | 38 Entire Lot | 14A | 310 WEST 56TH STREET |

Property Type: MULTIPLE RESIDENTIAL COOP UNIT

**CROSS REFERENCE DATA**

CRFN _____ or Document ID _____ or Year ____ Reel ____ Page ____ or File Number _____

**PARTIES**

**DEBTOR:**
WILLIAM R. WRIGHT
310 WEST 56TH STREET 14A
NEW YORK, NY 10019

**SECURED PARTY:**
DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE
C/O GMAC
3451 HAMMOND AVENUE
WATERLOO, IA 50702

**FEES AND TAXES**

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 40.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: | | | NYS Real Estate Transfer Tax: $ | 0.00 |
| County (Basic): | $ | 0.00 | | |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed 10-17-2003 11:51
City Register File No.(CRFN): 2003000426695

*City Register Official Signature*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
GMAC Mortgage Corporation  1-800-766-4722

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

GMAC Mortgage Corporation
3451 Hammond Avenue
Waterloo IA 50702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| WRIGHT | WILLIAM | R | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 310 WEST 56TH STREET 14A | NEW YORK | NY | 100194220 | USA |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 310 WEST 56TH STREET 14A | NEW YORK | NY | 100194220 | USA |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O GMAC Mortgage Corp.  3451 Hammond Avenue | Waterloo | IA | 50702 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Cooperative interest of the above Debtor(s) in the following Co-op Apartment collateral:

Shares of stock and proprietary lease for Apt. 14A at
310 WEST 56TH STREET, NEW YORK, located in the
County of NEW YORK, State of New York, and any substitutions, replacements or extensions of said shares of stock and/or proprietary lease.

Lot: 38
Block: 1046
Section:

COOP Name:  310 WEST 56TH STREET CORP.

8. OPTIONAL FILER REFERENCE DATA
GMACM Loan Number 217734714      250368735           Printed On: 9/9/2003

US000150

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT COOPERATIVE ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME + PHONE OF CONTACT AT FILER (optional)**
GMAC Mortgage Corporation 1-800-766-4722

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GMAC Mortgage Corporation
3451 Hammond Avenue
Waterloo IA 50701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. Complete EITHER 19a or 19b.**
19a. This COOPERATIVE ADDENDUM accompanies a FINANCING STATEMENT
19b. File number assigned to the initial FINANCING STATEMENT:
File #: 96PN16338 File Dt: 4/15/1996 Cnty: NEW YORK

**20. FIRST DEBTOR OF RECORD:** (Complete either 20a or 20b, but not both.)
20a. ORGANIZATION'S NAME:
20b. INDIVIDUAL'S LAST NAME: WRIGHT   FIRST NAME: WILLIAM   MIDDLE NAME: R   SUFFIX:

**21. FIRST SECURED PARTY OF RECORD:** (Complete either 21a or 21b, but not both.)
21a. ORGANIZATION'S NAME: GMAC Mortgage Corporation
21b. INDIVIDUAL'S LAST NAME:   FIRST NAME:   MIDDLE NAME:   SUFFIX:

**22. This COOPERATIVE ADDENDUM covers:** (Check one.)
[X] One COOPERATIVE INTEREST   [ ] More than one COOPERATIVE INTEREST

**23. Unit uses:** (Check all that apply.)
[X] Residential  [ ] Commercial  [ ] Parking
[ ] Storage  [ ] Other (if checked, complete 23a)
23a. Specify other Unit use(s):

**IMPORTANT:**
The COOPERATIVE ADDENDUM is for use when the collateral includes a COOPERATIVE INTEREST.

Only as to collateral which is a COOPERATIVE INTEREST, but not as to other collateral, the initial FINANCING STATEMENT to which this COOPERATIVE ADDENDUM relates shall be effective for 50 years from the date of filing the initial FINANCING STATEMENT.

**24. COOPERATIVE UNIT REAL PROPERTY FILING DATA:**
24a. ADDRESS NUMBER and STREET: (One only)
310 WEST 56TH STREET 14A
24b. COMMUNITY (e.g., City, Town, Village or Borough):
NEW YORK
24c. COUNTY:
NEW YORK
24d. DISTRICT:
24e. SECTION:
24f. BLOCK: 1046
24g. LOT: 38
24h. UNIT NUMBER(S) or DESIGNATION(S):
14A

**26. Complete if applicable.** (If checked, complete 26a.)
[ ] The purpose of this COOPERATIVE ADDENDUM is to SUBORDINATE this security interest to another security interest in the same COOPERATIVE INTEREST.
26a. FILE NUMBER of security interest being given consensual priority:

**27. Check if applicable.**
[ ] The security agreement provides for FUTURE ADVANCES.

**28. MISCELLANEOUS:**
GMACM Loan # 217734714   250368735
Co-Borrower:

Printed On: 9/9/2003

**25. Name of the COOPERATIVE ORGANIZATION:**
310 WEST 56TH STREET CORP.

NEW YORK UCC FINANCING STATEMENT COOPERATIVE ADDENDUM (FORM UCC1CAd) (REV. 6/14/01)

FILING OFFICE COPY

US000151

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2006081502240011001E2338

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 3

| | | |
|---|---|---|
| Document ID: 2006081502240011 | Document Date: 08-15-2006 | Preparation Date: 08-15-2006 |
| Document Type: UCC3 ASSIGNMENT | | COOPERATIVE |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| POPPE MORTGAGE SERVICES | POPPE MORTGAGE SERVICES |
| 17006 SEVEN PINES DRIVE | 17006 SEVEN PINES DRIVE |
| SPRING, TX 77379 | SPRING, TX 77379 |
| 281-257-8800 | 281-257-8800 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1046 | 38 | 14A | 310 W 56TH ST |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN: 2003000426695

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| WILLIAM R. WRIGHT | DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE |
| 310 W 56TH ST 14A | C/O GMAC |
| NEW YORK, NY 10019 | 3451 HAMMOND AVENUE |
| | WATERLOO, IA 50702 |

x Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 40.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: $ | 0.00 |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    08-28-2006 14:25
City Register File No.(CRFN): 2006000486165

*Annette M Hill*
US000152

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2006081502240011001C21B8

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 3 |
|---|---|---|
| Document ID: 2006081502240011 | Document Date: 08-15-2006 | Preparation Date: 08-15-2006 |
| Document Type: UCC3 ASSIGNMENT | | |

**PARTIES**
**NEW SECURED PARTY:**
BAYVIEW LOAN SERVICING LLC
4425 PONCE DE LEON., 5TH FLOOR
CORAL GABLES, FL 33146

US000153

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
DEB POPPE (281) 257-8800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

POPPE MORTGAGE SERVICES
17006 SEVEN PINES DRIVE
SPRING, TX 77379

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2003000426695

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. [X]

**2.** ☐ TERMINATION

**3.** ☐ CONTINUATION

**4.** [X] ASSIGNMENT (full or partial)

**5.** AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record.

**6. CURRENT RECORD INFORMATION**

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| WRIGHT | WILLIAM | R | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME: BAYVIEW LOAN SERVICING, LLC

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4425 PONCE DELEON BLVD 5TH FLOOR | CORAL GABLES | FL | 33146 | USA |

**8. AMENDMENT (COLLATERAL CHANGE):** [X] assigned.

310 W 56TH ST 14A
NEW YORK, NY 10019

SECTION:
BLOCK: 1046
LOT: 38

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

9a. ORGANIZATION'S NAME: DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE C/O GMAC

**10. OPTIONAL FILER REFERENCE DATA**
Ln # 316291

US000154

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)