# EXHIBIT G

Bayview 1

14-A

# 510 WEST 50TH STREET CORPORATION

SEE REVERSE FOR CERTAIN DEFINITIONS

TOTAL AUTHORIZED ISSUE 15,000 SHARES
PAR VALUE $1.00 EACH

This is to Certify that        WILLIAM R. WRIGHT        is the owner of

————ONE HUNDRED EIGHTY ONE————        fully-paid and
non-assessable shares of the above Corporation transferable only on the books
of the Corporation by the holder hereof in person or by duly authorized Attorney
upon surrender of this Certificate properly endorsed.
Witness, the seal of the Corporation and the signatures of its duly authorized officers.
Dated   May 2, 1985

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | |
|---|---|---|
| TEN COM | — as tenants in common | UNIF GIFT MIN ACT — ........Custodian........ |
| TEN ENT | — as tenants by the entireties | (Cust) (Minor) |
| JT TEN | — as joint tenants with right of survivorship and not as tenants in common | under Uniform Gifts to Minors Act .................... (State) |

Additional abbreviations may also be used though not in the above list.

*For value received* _____ *hereby sell, assign, and transfer unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*represented by the within Certificate, and do hereby irrevocably constitute and appoint* _____ *Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

*Dated* _____ 19___

*In presence of*

_____

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

Bayview 2