# EXHIBIT I


**BAYVIEW.**
Loan Servicing

5/2/2007

WILLIAM R. WRIGHT
310 West 56th ST. 14-A
NEW YORK, NY, 10019

**NOTICE OF RATE ADJUSTMENT**

Re: Loan ID:   0000316291

Dear Mortgagor (s):

This is notification of an interest rate adjustment to your loan. This adjustment is pursuant to the terms of your loan contract. It is not a waiver of any of the mortgage holder's rights. The mortgage holder reserves all its rights under the terms of the loan contract, including, but not limited to, its rights should you currently be in default.

**INTEREST RATE INFORMATION:**

| | | | |
|---|---|---|---|
| CURRENT INDEX RATE: | 4.9100 % | NEW INDEX RATE: | 4.9700 % |
| MARGIN: | 3.0000 % | MARGIN: | 3.0000 % |
| CURRENT INT RATE: | 7.8750 % | NEW INT RATE: | 8.0000% |
| CURRENT P & I : | $747.40 | NEW P & I: | $750.77 |
| CURRENT TOTAL PYMT: | $747.40 | NEW TOTAL PYMT: | $750.77 |

The change in your rate is calculated by adding the margin agreed upon in your note to the new index. The calculated interest rate is then rounded according to the terms of your note to arrive at the new rate shown above.

**LOAN ACCOUNT INFORMATION:**

| | |
|---|---|
| INTEREST RATE CHANGE DATE: | 6/1/2007 |
| P & I PAYMENT CHANGE DATE: | 7/1/2007 |
| PROJECTED UNPAID PRINCIPAL BALANCE: | $53,107.91 |

Your new interest rate and your new principal and interest payment will continue to be in effect until your next scheduled payment change date.

**NEXT INT RATE CHG DATE:**   6/1/2008        **NEXT P&I CHG DATE:**        7/1/2008

If you have any questions regarding this notice, please call Elaine Mitchell, Customer Service Manager or the Special Loans Department at (800) 457-5105 between 8:00 a.m. and 7:00 p.m. , (Eastern Time), Monday through Friday.

Sincerely,

Special Loans Department

4425 Ponce de Leon Blvd. / 5th Floor / Coral Gables, FL 33146 / Tel: (800) 457-5105