# EXHIBIT J

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04651-SHS

United States of America v. Wright et al
Assigned to: Judge Sidney H. Stein
Demand: $372,000
Cause: 26:7401 IRS: Tax Liability

Date Filed: 06/01/2007
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**

represented by **Daniel Post Filor**
U.S. Attorney's Office, SDNY
(Chambers Street)
86 Chambers Street
3rd Fl
New York, NY 10007
(212) 637-2726
Fax: (212) 637-2717
Email: daniel.filor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**William Wright**

represented by **William Ray Wright**
250 West 57th Street, Suite 814
New York, NY 10107
(212)-307-9393
Fax: (212) 247-0961
Email: williamrwright@hotmail.com

**Defendant**

**310 West 56th Street Corporation**

represented by **Maia M. Walter**
Kaufman Friedman et al.
300 E. 42nd St.
New York, NY 10017
212 973 3324
Fax: 212 687 3179
Email: mwalter@kfpgllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayview Loan Servicing, LLC**

represented by **Rajan Patel**

Rajan Patel, Esq
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, NY 10977
(845) 352-3434
Fax: (845) 818-3698
Email: raj@rajanpatellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York State Department of
Taxation And Finance**

**Defendant**

**American Express Centurion Bank**

**Defendant**

**New York City Department of
Finance**

**Defendant**

**John Does 1-10**

**Cross Claimant**

**310 West 56th Street Corporation**          represented by  **Maia M. Walter**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**John Does 1-10**

**Cross Defendant**

**William Wright**

**Cross Defendant**

**310 West 56th Street Corporation**          represented by  **Maia M. Walter**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bayview Loan Servicing, LLC**

**Cross Defendant**

**New York State Department of
Taxation And Finance**

**Cross Defendant**

**American Express Centurion Bank**

**Cross Defendant**

**New York City Department of
Finance**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2007 | 1 | COMPLAINT against John Does 1-10, William Wright, 310 West 56th Street Corporation, Bayview Loan Servicing, LLC, New York State Department of Taxation And Finance, American Express Centurion Bank, New York City Department of Finance. Document filed by United States of America.(tro) Additional attachment(s) added on 6/6/2007 (Becerra, Maribel). (Entered: 06/04/2007) |
| 06/01/2007 | | SUMMONS ISSUED as to John Does 1-10, William Wright, 310 West 56th Street Corporation, Bayview Loan Servicing, LLC, New York State Department of Taxation And Finance, American Express Centurion Bank, New York City Department of Finance. (tro) (Entered: 06/04/2007) |
| 06/01/2007 | | Magistrate Judge Debra C. Freeman is so designated. (tro) (Entered: 06/04/2007) |
| 06/14/2007 | | Case Designated ECF. (tro) (Entered: 06/04/2007) |
| 06/15/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Sidney H. Stein. Judge Miriam Goldman Cedarbaum is no longer assigned to the case. (laq) (Entered: 06/21/2007) |
| 06/15/2007 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Sidney H. Stein. Judge Sidney H. Stein is no longer assigned to the case. (tro) (Entered: 06/29/2007) |
| 06/18/2007 | 2 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 7/12/2007 at 11:00 AM in Courtroom 23A, 500 Pearl Street, New York, NY 10007 before Judge Sidney H. Stein. (Signed by Judge Sidney H. Stein on 6/11/07) (kco) (Entered: 06/19/2007) |
| 06/21/2007 | | Emailed notice to the attorney(s) of record. (laq) (Entered: 06/21/2007) |
| 07/09/2007 | 5 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Daniel P. Filor dated 7/6/07 re: The Government requests an adjournment of the Initial conference. ENDORSEMENT: The conference is adjourned to September 14, 2007, at 10:00 a.m. So Ordered. (Signed by Judge Sidney H. Stein on 7/9/07) (js) (Entered: 07/10/2007) |
| 08/17/2007 | 6 | AFFIDAVIT OF SERVICE. William Wright served on 7/13/2007, answer due 8/2/2007. Service was accepted by Manny Doorman. Service was made by Mail. Document filed by United States of America. (Filor, |

| | | Daniel) (Entered: 08/17/2007) |
|---|---|---|
| 08/17/2007 | 7 | WAIVER OF SERVICE RETURNED EXECUTED. New York State Department of Taxation And Finance waiver sent on 7/17/2007, answer due 9/17/2007. Document filed by New York State Department of Taxation And Finance. (Filor, Daniel) (Entered: 08/17/2007) |
| 08/17/2007 | 8 | WAIVER OF SERVICE RETURNED EXECUTED. New York City Department of Finance waiver sent on 7/17/2007, answer due 9/17/2007. Document filed by New York City Department of Finance. (Filor, Daniel) (Entered: 08/17/2007) |
| 08/17/2007 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. 310 West 56th Street Corporation waiver sent on 7/16/2007, answer due 9/14/2007. Document filed by United States of America. (Filor, Daniel) (Entered: 08/17/2007) |
| 08/17/2007 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. Bayview Loan Servicing, LLC waiver sent on 7/25/2007, answer due 9/24/2007. Document filed by United States of America. (Filor, Daniel) (Entered: 08/17/2007) |
| 08/29/2007 | 11 | ANSWER to Complaint. Document filed by William Wright.(Wright, William) (Entered: 08/29/2007) |
| 09/11/2007 | 12 | WAIVER OF SERVICE RETURNED EXECUTED. American Express Centurion Bank waiver sent on 8/22/2007, answer due 10/22/2007. Document filed by United States of America. (Filor, Daniel) (Entered: 09/11/2007) |
| 09/12/2007 | 13 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bayview Financial, L.P. as Corporate Parent. Document filed by Bayview Loan Servicing, LLC.(Patel, Rajan) (Entered: 09/12/2007) |
| 09/12/2007 | 14 | ANSWER to Complaint. Document filed by Bayview Loan Servicing, LLC.(Patel, Rajan) (Entered: 09/12/2007) |
| 09/14/2007 | 15 | ANSWER to Complaint., CROSSCLAIM against all defendants. Document filed by 310 West 56th Street Corporation. (Attachments: # 1 Affidavit Affidavit of Service)(Walter, Maia) (Entered: 09/14/2007) |
| 09/14/2007 | 16 | ORDER: IT IS HEREBY ORDERED that: Initial disclosures pursuant to Rule 26(a) shall be exchanged on or before 9/28/2007. Discovery due by 1/18/2008. Status Conference set for 12/7/2007 at 10:30 AM before Judge Sidney H. Stein. (Signed by Judge Sidney H. Stein on 9/14/07) (tro) (Entered: 09/17/2007) |
| 10/01/2007 | 17 | RULE 26 DISCLOSURE.Document filed by William Wright.(Wright, William) (Entered: 10/01/2007) |
| 10/01/2007 | 18 | NOTICE of Substitution of Attorney. Old Attorney: Daniel P. Filor, New Attorney: Joseph A. Pantoja, Address: U.S. Attorney Office, 86 Chambers St., New York, N. Y., U.S. 10007, 212 637-2785. Document filed by William Wright. (Pantoja, Joseph) (Entered: 10/01/2007) |

Case 1:07-cv-04651-SHS    Document 29-11    Filed 05/30/2008    Page 6 of 6

| 12/12/2007 | 19 | ORDER the next conference is scheduled for January 18, 2008, at 12:00 p.m.; and the last day for completion of discovery is adjourned sine die. (Status Conference set for 1/18/2008 at 12:00 PM before Judge Sidney H. Stein.) SO ORDERED. (Signed by Judge Sidney H. Stein on 12/11/2007) (jmi) (Entered: 12/12/2007) |
| --- | --- | --- |
| 03/07/2008 | 20 | ORDER: Document demands and interrogatories shall be returned on 21 days notice. Discovery due by 4/21/2008. A Pretrial Conference is set for 4/25/2008 at 10:00 AM before Judge Sidney H. Stein. (Signed by Judge Sidney H. Stein on 3/7/08) (db) (Entered: 03/07/2008) |
| 04/21/2008 | 21 | ENDORSED LETTER addressed to Hon. Sidney H. Stein from Joseph A. Pantoja dated April 17, 2008 re: adjournment of the conference scheduled for 4/25/08. ENDORSEMENT: The conference is adjourned to May 9, 2008, at 11:00 a.m. SO ORDERED. (Signed by Judge Sidney H. Stein on April 18, 2008) (lab) (Entered: 04/21/2008) |
| 04/21/2008 | | Set Deadlines/Hearings: Pretrial Conference set for 5/9/2008 at 11:00 AM in Courtroom 23A, 500 Pearl Street, New York, NY 10007 before Judge Sidney H. Stein. (lab) (Entered: 04/21/2008) |
| 05/12/2008 | 22 | ORDER: Plaintiff's Motion for Summary Judgment is due on or before 5/30/2008. Defendants' opposition to the motion is due on or before 6/13/2008. Plaintiff's reply to the motion is due on or before 6/20/2008. (Signed by Judge Sidney H. Stein on 5/9/08) (tro) (Entered: 05/12/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 05/27/2008 16:52:16 | | | |
| **PACER Login:** | du6720 | **Client Code:** | Optional for PACER use only |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-04651-SHS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |