Kaufman Friedman Plotnicki & Grun, LLP
300 East 42nd Street, 8th Floor
New York, New York 10017
Telephone: (212) 687-1700
By:  Maia M. Walter, Esq. (mw7921)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　-against-<br><br>WILLIAM WRIGHT, 310 WEST 56TH STREET CORPORATION, BAYVIEW LOAN SERVICING LLC, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, AMERICAN EXPRESS CENTURION BANK, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-10,<br><br>　　　　　　　　　　Defendants. | ECF Case<br><br>07 CV 4651 (SHS) |

### DECLARATION OF MAIA M. WALTER

MAIA M. WALTER, pursuant to 28 U.S.C. §1746, declares the following under penalty of perjury:

1.　　I am an associate of Kaufman Friedman Plotnicki & Grun, LLP, attorneys for defendant 310 West 56th Street Corporation ("310 Corporation") in the above-captioned action, and I am fully familiar with the facts and circumstances set forth below. This declaration is submitted in opposition to Plaintiff's motion for summary judgment.

2.　　Attached to this declaration as Exhibit A is a true and correct copy of a Tenant Profile of 310 Corporation, indicating the maintenance arrears of defendant William

Wright ("Wright") through June 12, 2008, in the aggregate amount of in the amount of $10,963.66.

       3.       Attached to this declaration as Exhibit B is a true and correct copy of the By-Laws of 310 Corporation.

       4.       Attached to this declaration as Exhibit C is a true and correct copy of the Recognition Agreement made by Wright, Empire of America, FSB, the predecessor-in-interest to defendant Bayview Loan Servicing, LLC, and 310 Corporation.

Dated: New York, New York
       June 13, 2008

> Kaufman Friedman Plotnicki & Grun, LLP
> *Attorneys for Defendant 310 West 56th Street Corporation*
> 300 East 42nd Street, 8th Floor
> New York, New York 10017
> Telephone: (212) 687-1700
> Facsimile: (212) 687-3179
>
> By: _____s/_____
>     Maia M. Walter, Esq. (mw7921)