```
*COOP*                          ----TENANT PROFILE----             DATE:   6/11/08
TIME: 09:56:30                                                     PAGE:         1

ACCT.NO: 558-013-           KEYNAME: WRIGHT              KEYUNIT: 310 14-A

WILLIAM WRIGHT              UNIT: 14-A      BILL-TO:
310 WEST 56TH STREET                        W.WRIGHT, ATTORNEY AT LAW
NEW YORK , N.Y.  10019                      250 W57TH ST-SUITE 814
                                            NEW YORK, NY  10107-0804

( 7) BASE CHARGE       1469.55        (21) LAST PAID       1/16/2008
( 8) 1ST PRO-RATA          .00        (22) LEGAL STAT.
( 9) DATE OF SALE    0/ 0/  0         (23) ISSUE DATE      6/10/2008
(10) SECURITY              .00        (24) LAST LEGAL
(11) LEASE BEGIN                      (25) AVG.PAY                    0
(12) LEASE END                        (26) CASE NO.
(13) LEASE TYPE        COOP           (27) DOCKET/LOAN     LOAN
(14) DATE DUE             1           (28) MISC I          12/31/92
(15) PRIOR BASE C      1387.68        (29) STORAGE BIN
(16) SIZE                             (30) SHARES               181
(17) PCNT.OCCUP.          0           (31) RENEWAL
(18) LEASE DT.         L              (32) PUR. PRICE
(19) TELEPHONE                        (33) DISHWASHER
(20) SOC.SEC.NO.    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       (34) KITCHEN UTIL
                                      (35) PAINT
                                      (36) COMMENTS       REC AGREEMENT
                                      (37) SUB/CO-TEN.


                          -- TENANT COMMENTS --

59-COMMENTS      CHASE MANHATTAN BANK,969 EIGHT AVE.,NY NY 10019 BANK A/C#
59-COMMENTS      101-40763244-65
59-COMMENTS      IOLA   1841 BROADWAY SUITE 510, NY NY 10023


                       -- TENANT HISTORY SUMMARY --

  DATE    OPENING      BILLING      CHARGES       PAYMENTS       CLOSING
          BALANCE                   CREDITS                      BALANCE

 3/2008   4431.07      1633.17        25.00          .00         6089.24
 4/2008   6089.24      1608.08          .00          .00         7697.32
 5/2008   7697.32      1633.17          .00          .00         9330.49


                       -- TENANT DETAIL HISTORY --


                              HISTORY  3/2008
-- -BILLED------CURRENT---ARREARS-|--------CRS & ADJUST---------|----BALANCE---
 1 BASE CHARG   1469.55
 1 BASE CHARG   1469.55   ARREARS                                     2939.10
 5 STORAGE RO     35.00   99/9999
 5 BICYCLE RA     24.00   99/9999
 5 STORAGE       59.00    ARREARS                                      118.00
 7 LEGAL FEES   2822.90   ARREARS                                     2822.90
12                                 LATE FEE      25.00  03/18
```

```
*COOP*                  -- TENANT DETAIL HISTORY CONTINUED --         DATE:  6/11/08
TIME: 09:56:45                                                        PAGE:        2

ACCT.NO: 558-013-6          WILLIAM WRIGHT                         UNIT: 14-A
                              HISTORY   3/2008
-- | -BILLED------CURRENT---ARREARS- | --------CRS & ADJUST--------- | ----BALANCE---
12 | LATE FEE        25.00                                                      50.00
19 | ASSESSMENT      79.62    12/2009
19 | ASSESSMENT      79.62    ARREARS                                          159.24
-- | -------       1633.17    4431.07- | -------       25.00   -------        6089.24

                              HISTORY   4/2008
-- | -BILLED------CURRENT---ARREARS- | --------CRS & ADJUST--------- | ----BALANCE---
 1 | BASE CHARG    1469.55
 1 | RET ABATEM     869.80CR
 1 | BASE CHARG    2939.10    ARREARS                                          3538.85
 5 | STORAGE RO      35.00    99/9999
 5 | BICYCLE RA      24.00    99/9999
 5 | STORAGE        118.00    ARREARS                                           177.00
 7 | LEGAL FEES    2822.90    ARREARS                                          2822.90
12 | LATE FEE        50.00    ARREARS                                            50.00
19 | ASSESSMENT     869.71
19 | ASSESSMENT      79.62    12/2009
19 | ASSESSMENT     159.24    ARREARS                                          1108.57
-- | -------       1608.08    6089.24- | -------        .00    -------        7697.32

                              HISTORY   5/2008
-- | -BILLED------CURRENT---ARREARS- | --------CRS & ADJUST--------- | ----BALANCE---
 1 | BASE CHARG    1469.55
 1 | BASE CHARG    3538.85    ARREARS                                          5008.40
 5 | STORAGE RO      35.00    99/9999
 5 | BICYCLE RA      24.00    99/9999
 5 | STORAGE        177.00    ARREARS                                           236.00
 7 | LEGAL FEES    2822.90    ARREARS                                          2822.90
12 | LATE FEE        25.00
12 | LATE FEE        50.00    ARREARS                                            75.00
19 | ASSESSMENT      79.62    12/2009
19 | ASSESSMENT    1108.57    ARREARS                                          1188.19
-- | -------       1633.17    7697.32- | -------        .00    -------        9330.49

------------------------------------------------------------------------------------
                           ---CURRENT ACCOUNT STATUS---
------------------------------------------------------------------------------------
-- | -BILLED------CURRENT---ARREARS- | ------------CR & ADJUST------ | ----BALANCE---
 1 | BASE CHARG    1469.55
 1 | BASE CHARG    5008.40    ARREARS                                          6477.95
 5 | STORAGE RO      35.00    99/9999
 5 | BICYCLE RA      24.00    99/9999
 5 | STORAGE        236.00    ARREARS                                           295.00
 7 | LEGAL FEES    2822.90    ARREARS                                          2822.90
12 | LATE FEE        25.00
12 | LATE FEE        75.00    ARREARS                                           100.00
19 | ASSESSMENT      79.62    12/2009
19 | ASSESSMENT    1188.19    ARREARS                                          1267.81
-- | -------       1633.17    9330.49- | -------        .00    -------       10963.66
------------------------------------------------------------------------------------
```

```
*COOP*                        ----TENANT PROFILE----                    DATE:   6/11/08
TIME: 09:56:45                                                          PAGE:         3
-----------------------------------------------------------------------------------------

                          -- TENANT LEGAL STATUS --                     ORDRD EXPRD
-----------------------------------------------------------------------------------------
|                                              | (1) ACCT.NO:   558-013-              |
|    WILLIAM WRIGHT              14-A          | (2) CANDIDATE:                        |
|    310 WEST 56TH STREET                      | (3) DISPOSSES:  0/ 0      0/ 0       |
|    1469.55  10963.66   7.5                   | (4) WARRANT:    0| 0      0| 0       |
|----------------------------------------------|                                       |
|                                              | (5) EVICTION:   0| 0      0| 0       |
|                       NEXT:   0| 0|     0    | (6) POSSESSION  0| 0      0| 0       |
|   CASE CLOSED         AMNT:    8658.79       | (7) COURT                    0    0  |
|   INDX:               FEES:        .00       | (8) STIPULATION 0| 0      0| 0       |
|                                              | (9) HOLD:       0| 0      0| 0       |
-----------------------------------------------------------------------------------------
```

```
 9/22/1995  OK TO ACCP 3713.68
 5/ 9/1996  OFF LGL SINCE 12/95 PER JIM LETSEN
 4/14/1997  S/HOLDER PUT INTO LEGAL
 5/ 6/1997  OK TO ACCEPT CK#1997 IN AMT OF 3,664.38
            PER LORI/REMOVE LEGAL
12/ 3/1997  STARTED LEGAL 12/03/97...L. FIELDS
 1/21/1998  AS PER LORI FIELDS DO NOT ACCPT ANY CKS
            WITHOUT HER APPROVAL
12/ 6/2000  O.K TO ACCEPT CHECKS.
11/30/1988  DO NOT START NON-PAY PER PHIL LERNER
 4/ 3/1989  NG CK 1200 INS FUNDS
 6/13/1989  RET CK 500 FOR FULL AMT
 7/ 7/1989  RET CK 1766.60 FOR FULL AMT
 7/14/1989  RET CK 1920 FOR FULL AMT
 1/11/1990  RET CK 1756.64 FOR FULL AMT & SIGNATURE
11/19/1990  RET CH 921.35 FOR FA
11/26/1990  RET CK 921.35 FOR FA-NO PAY IN SEPTEMBER
12/11/1990  PER LETTER FROM INDEPENDENCE SAVINGS BAN
12/11/1990
12/17/1990  OK TO ACC CK 921.35 W/P PER MR&M
 1/ 7/1991  N/G CK 921.35 NSF
 6/10/1993  OK CK 6215.87 PER CINDY
 6/17/1993  NG CK 6215.87 RET FOR NSF
 6/24/1993  CK 5200.00 SENT TO CINDY
 8/ 2/1993  OK 2 CKS 5200.00 & 2662.33 PER M&R
```