**CERTIFICATION OF SERVICE**

  I, Maia M. Walter, a member of the bar of this Court, hereby certify that a copy of the within Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and Declaration of Maia M. Walter, and the exhibits annexed thereto, was served this day of June 13, 2008 upon the following parties or their respective counsel by regular first class mail at the addresses described below:

TO: Michael J. Garcia
   United States Attorney for the Southern District of New York
   By: Joseph A. Pantoja, Esq.
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   Telephone: (212) 637-2726
   Facsimile: (212) 636-2717
   *Counsel for Plaintiff the United States of America*

   William Wright
   Apartment 14A
   310 West 56th Street
   New York, New York 10107
   (212) 307-9393
   *Defendant pro se*

   Rajan Patel, Esq.
   747 Chestnut Ridge Road, Suite 200
   Chestnut Ridge, New York 10977
   (845) 352-3434
   *Counsel for Bayview Loan Servicing, LLC*

   Andrew M. Cuomo
   Office of the Attorney General of the State of New York
   By: Alan Gitter, Esq.
   Real Property Bureau
   300 Motor Parkway, Suite 125
   Hauppauge, New York 11788
   *Counsel for New York State Department of Taxation and Finance*

   Alan S. Roth, Esq.
   345 Adams Street, 3rd Floor
   Brooklyn, New York 11201
   *Counsel for Department of Finance, The City of New York*