CERTIFICATE OF SERVICE

I, Joseph A. Pantoja, an Assistant United States Attorney for the Southern District of New York, hereby certify that on June 20, 2008, I caused a copy of the *Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment,* to be served by Federal Express upon the following:

William Wright, Pro Se
250 West 57th Street, Suite 814
New York, NY 10107

Maia M. Walter, Esq.
Kaufman Friedman Plotnicki & Grun, LLP
300 East 42nd Street
New York, NY 10017

Rajan Patel, Esq.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977

Alan Gitter, Esq.
State of New York
Office of the Attorney General
Real Property Bureau
300 Motor Parkway, Suite 125
Hauppauge, NY 11788

Alan S. Roth, Esq.
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Paul Heimberg, Esq.
Kahan Sahir
1800 Northwest Corporate Blvd., Suite 102
Boca Raton, FL 33431

Dated:  June 20, 2008
        New York, New York

                                         /s/ Joseph A. Pantoja
                                        JOSEPH A. PANTOJA