```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                  Plaintiff,

-against-

WILLIAM WRIGHT, ET AL.,
                  Defendants.
-------------------------------------------------------X

07 CIVIL 4651 (SHS)

**JUDGMENT**

#08,1213

Plaintiff having moved for summary judgment, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on July 8, 2008, having rendered its Findings of Fact and Conclusions of Law granting plaintiff's motion for summary judgment in the amount of $401,608.62, foreclosing the tax liens on the Apartment, and decreeing that the Tax Liens shall be foreclosed by a sale of the Apartment, upon post-judgment motion for an order of sale to be filed by the United States, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated July 8, 2008, plaintiff's motion for summary judgment is granted in the amount of $401,608.62; the tax liens on the Apartment are foreclosed; and the Court decrees that the Tax Liens shall be foreclosed by a sale of the Apartment, upon post-judgment motion for an order of sale to be filed by the United States.

**Dated:** New York, New York
        July 14, 2008

                                        **J. MICHAEL McMAHON**
                                            **Clerk of Court**
                           **BY:**
                                            **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____