

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

July 28, 2008

**By Facsimile**
Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re:  U.S.A. v. Wright et al., 07 Civ. 4651 (SHS)

Dear Judge Stein:

    I respectfully write on behalf of all of the parties in the above-referenced matter to request that defendant William Wright ("Wright") be permitted to close on a contract for the sale of his cooperative apartment on or before August 30, 2008, notwithstanding the judgment entered on July 14, 2008, in this matter.

    Pursuant to the parties' request in my July 16th letter, the memo-endorsed copy of which is attached, the Court permitted Wright, notwithstanding the July 14th judgment, to sell his cooperative apartment for $735,000.00 by July 31, 2008, pursuant to the March 2008 contract between Wright and Mr. Corvo, provided that Wright serves upon the undersigned by facsimile at least 24 hours prior to the closing a HUD-1 Form that confirms that payments will be made at the closing in amounts sufficient to satisfy fully all known lien holders. This Office has been advised that the closing has been rescheduled for August 4, 2008. Accordingly, the parties request that the July 31, 2008 deadline for the sale of the apartment to Mr. Corvo be extended to August 30, 2008.

    Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel. No.: 212.637.2785
Fax. No.: 212.637.2750
E-mail: joseph.pantoja@usdoj.gov

cc:  **By Facsimile**
William Wright, Esq., Plaintiff, *Pro Se* (212.247.0961)
Rajan Patel, Esq. (845.818.3698)
Maia Walter, Esq. (212.687.3179)

SO ORDERED 7/28/08

SIDNEY H. STEIN
U.S.D.J.