USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,              :    ECF CASE
                Plaintiff,             :
                                            07 Civ. 4651 (SHS)
       -against-                       :

WILLIAM WRIGHT, 310 WEST 56th STREET   :
CORPORATION, BAYVIEW LOAN
SERVICING LLC, NEW YORK STATE          :    ORDER
DEPARTMENT OF TAXATION AND
FINANCE, AMERICAN EXPRESS CENTURION    :
BANK, NEW YORK CITY DEPARTMENT OF
FINANCE, and JOHN DOES 1-10,           :

                Defendants.            :
------------------------------------- x

      The government brought this action to reduce to judgment the federal tax liabilities of defendant William Wright for the tax years 1996 through 2005, and to foreclose on plaintiff's liens on Wright's interest in unit 14A of the cooperative apartment building located at 310 West 56th Street, New York, New York (the "Apartment"). On July 14, 2008, this Court granted the plaintiff's motion for summary judgment in the amount of $401,608.62, and decreed that the tax liens shall be foreclosed by a sale of the Apartment, upon post-judgment motion for an order of sale to be filed by the plaintiff. The plaintiff, on behalf of all of the parties who have appeared in this action, requests that this action be dismissed with prejudice because Wright recently satisfied the foregoing judgment and all remaining issues in this litigation have otherwise been resolved to the parties' satisfaction. It is, therefore, hereby:

      ORDERED that this action be, and the same hereby is, dismissed with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: New York, New York
      August 7, 2008

UNITED STATES DISTRICT JUDGE